**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

1. **Title of case (name of first party on each side only)** Isbell v. Suno

2. **Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).**

- [ ] **I.** **160, 400, 410, 441, 535, 830*, 835*, 850, 880, 891, 893, R.23, REGARDLESS OF NATURE OF SUIT.**
- [ ] **II.** **110, 130, 190, 196, 370, 375, 376, 440, 442, 443, 445, 446, 448, 470, 751, 820*, 840*, 895, 896, 899.**
- [x] **III.** **120, 140, 150, 151, 152, 153, 195, 210, 220, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 367, 368, 371, 380, 385, 422, 423, 430, 450, 460, 462, 463, 465, 480, 485, 490, 510, 530, 540, 550, 555, 560, 625, 690, 710, 720, 740, 790, 791, 861-865, 870, 871, 890, 950.**

***Also complete AO 120 or AO 121. for patent, trademark or copyright cases.**

3. **Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.**

See attached.

4. **Has a prior action between the same parties and based on the same claim ever been filed in this court?**

**YES** [ ] **NO** [x]

5. **Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)**

**YES** [ ] **NO** [x]

**If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?**

**YES** [ ] **NO** [x]

6. **Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?**

**YES** [ ] **NO** [x]

7. **Do <u>all</u> of the parties in this action, excluding governmental agencies of the United States and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).**

**YES** [x] **NO** [ ]

**A.** **If yes, in which division do <u>all</u> of the non-governmental parties reside?**

**Eastern Division** [x] **Central Division** [ ] **Western Division** [ ]

**B.** **If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?**

**Eastern Division** [ ] **Central Division** [ ] **Western Division** [ ]

8. **If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)**

**YES** [ ] **NO** [ ]

**(PLEASE TYPE OR PRINT)**
**ATTORNEY'S NAME** Alan D. Rose
**ADDRESS** 185 Dartmouth Street, Suite 602 Boston, Massachusetts 02116
**TELEPHONE NO.** Tel.: (617) 536-0040 / Fax (617) 536-4400

Category Form – Isbell v. Suno
Question 3

Plaintiffs are aware of two cases proceeding against Defendant Suno Inc. in this District: Justice v. Suno, Inc., 1:25-cv-11739, and UMG Recordings, Inc. v. Suno, Inc., 1:24-cv-11611. However, Plaintiffs do not believe that the cases are "related" to this lawsuit under Local Rule 40.1. Justice and UMG Recordings are both brought under the Copyright Act and the Digital Millennium Copyright Act, and chiefly allege that Suno obtained and used the plaintiffs' copyrighted works without authorization. In contrast, Isbell v. Suno does not assert copyright claims or otherwise concern whether or how Suno obtained any copyrighted work, nor are issues of copyright ownership relevant to our claims. Instead, the instant suit challenges Suno's misappropriation of artists' identities, including their names, to sell Suno's AI musician experience platform. Our state law claims involve different factual questions, "involve different statutes and the defenses are likely to be materially different," so they do not satisfy the relatedness test set forth in Local Rule 40.1. See Massachusetts v. Exxon Mobil Corp., 2019 WL 11626093 (D. Mass. Dec. 6, 2019).