# EXHIBIT 1

Paper Bell by [redacted] Suno

https://suno.com/song/2f051b4f-2b15-466e-ba7c-c230157dfe66?sh=rN70TJWUvwXB6iUk

Duo Central | iManage | WL

SUNO

- Home
- Explore
- Create
- Studio
- Library
- Hooks
- [redacted]



Edit

# Paper Bell

[redacted]

Contemporary Americana singer-songwriter with fingerpicked acoustic guitar, brushed drums, and warm pedal steel; verse leans intimate and narrative, pre-chorus opens the melody, chorus lifts with stacked harmonies and a plainspoken hook. Lead vocal stays close-mic and worn-in, with subtle doubles on key phrases, a few slide-guitar fills between lines, and a roomy, organic mix that feels lived-in and immediate

– Show Summary

Add a Caption

July 20, 2026 at 1:20 PM v5

▶ 3

[Verse 1]
I found your name on an old receipt
Folded up in my jacket sleeve
From the night we drove past the county line
And you said you were fine

You laughed at the rain on the windshield
I kept both hands on the wheel
Now the glove box smells like gasoline
And a memory I can't clean

[Pre-Chorus]
Every town has a corner
Where a lie turns to stone
I still pass yours
Like I'm coming back home

[Chorus]
I'm still hearing that paper bell
When you said my name

Write a comment

No comments yet!

Similar | [redacted]



I Lost Her Twice
Weathered male b...
Ah Mie
▶ 5



By the Time I Got H
Contemporary Folk / A
Mission_Watch
▶ 7



The Villain in Your ...
Genre: American Folk, .
bantoiti1
▶ 7



You Don't Play By T
singer-songwriter ball.
Jay C. Powers
▶ 36



What we leave behi
Sparse Americana-ins
Barry Williams
▶ 20



Detox Days
Upbeat, Energetic, i...

Remix

- Earn Credits
- Labs
- Notifications
- More

Upgrade to Premier



Paper Bell

0:00 3:17


Suno | AI Music
suno.com/create?wid=default
SUNO
Upgrade to Premier
Home
Explore
Create
Simple
Advanced
Sounds
v5
+ Audio
+ Voice New
+ Inspo
Song Description
jason isbell
+ Lyrics
Instrumental
Workspaces > My Workspace
Search
Filters (3)
Newest
List
Liked
Public
Uploads
1
Today
Paper Bell v5
Contemporary Americana singer-songwriter with fingerpicked acoustic guitar, brushed drums, and warm pedal steel; vers...
Paper Bell v5
Contemporary Americana singer-songwriter with fingerpicked acoustic guitar, brushed drums, and warm pedal steel; vers...