# EXHIBIT 2

Pull Over Where the Wheat [redacted]

https://suno.com/song/36508b07-dd4f-4134-9870-6a744e760ecb?sh=DEoBq6JoyJX532d6

Duo Central | iManage | WL

SUNO

- Home
- Explore
- Create
- Studio
- **Library**
- Hooks
- [redacted]



Edit

# Pull Over Where the Wheat

[redacted]

Quirky late-1980s alternative rock with folk-rock and psychedelic-country touches, Mid-tempo straight eighth-note groove, jangly electric guitars, melodic bass, tight dry drums, occasional accordion and fiddle flourishes, and a slightly cinematic organ pad, Verses should feel conversational and nimble; choruses widen with stacked gang harmonies and bright guitar arpeggios; bridge briefly drops to acoustic guitar and hand percussion before the full band returns, Male lead vocal, nasal and expressive but warm, with understated backing harmonies, Keep the mix punchy, slightly raw, and live-room flavored, with modest tape saturation and clear vocal presence

– Show Summary

Add a Caption

August 7, 2026 at 3:37 PM v5.5

▶ 3

[Verse 1]
We took the long way past the county fair
A paper map folded in your hair
The dashboard compass pointed south
You laughed with a peach in your mouth

[Chorus]
Pull over where the wheat turns gold
Tell me the story you never told
We've got a cooler, a borrowed key
And nowhere else we have to be

[Verse 2]
A motel sign blinked beside the road
The radio played an accordion ode
You drew a face on the window steam
I woke up halfway inside your dream

[Chorus]

Write a comment

No comments yet!

Similar | [redacted]

- **Leave me** — Compose a song b... — ShiveringEl... — ▶ 45
- **GHOST IN THE GR** — Up-tempo 110 BPM lat — Marcusair — ▶ 26
- **夜の向こう側** — 8-bar original piano... — Itsuo — ▶ 12
- **Vice** — Instrumental late-19... — Broken Oath — ▶ 40
- **Look to Soyo Com..** — Create an extremely e.. — Ilfx — ▶ 36
- **Behind These Light** — Introspective late-198..

Remix

- Earn Credits
- Labs
- Notifications
- More

Upgrade to Premier

Pull Over Where the Wheat

0:00 3:29

SUNO

- Home
- Explore
- Create
- Studio
- Library
- Hooks

Simple | Advanced | Sounds | v5.5

+ Audio | + Voice | + Inspo

Song Description

camper van beethoven

+ Lyrics | Instrumental

Workspaces > My Workspace

Search | Filters (3) | Newest | List | Liked | Public | Uploads

Today



**Pull Over Where the Wheat** v5.5

Quirky late-1980s alternative rock with folk-rock and psychedelic-country touches. Mid-tempo straight eighth-note groove, jangly electric guitars, melodic bass, tight dry d...



**Rusty Maples** v5.5

Indie rock with wiry jangling guitars, punchy live drums, and a laid-back half-time sway; verse rides on dry bass and clipped strums, pre-chorus opens with stack harmonie...