# EXHIBIT 3

# Review/Rock; Camper Van Beethoven's Whimsy

**By Jon Pareles**

June 24, 1988




See the article in its original context from
June 24, 1988, Section C, Page 17 Buy Reprints

New York Times subscribers* enjoy full access to TimesMachine—view over 150 years of New York Times journalism, as it originally appeared.

SUBSCRIBE

*Does not include Games-only or Cooking-only subscribers.

***About the Archive***
*This is a digitized version of an article from The Times's print archive, before the start of online publication in 1996. To preserve these articles as they originally appeared, The Times does not alter, edit or update them.*

*Occasionally the digitization process introduces transcription errors or other problems; we are continuing to work to improve these archived versions.*

Camper Van Beethoven works hard to show that its music is no big deal. Where most other rock bands act as if every song is a masterpiece, Camper Van Beethoven does things like labeling one of its albums with ''Side B'' and ''Side 2.'' Everything about the band, based in Santa Cruz, Calif., is jaunty and scattershot; a typical set, like the one last Friday night at the Ritz, mixes songs, instrumentals and deadpan cover versions (Status Quo's ''Pictures of Matchstick Men,'' the Clash's ''White Riot''), all played with jam-session informality.

Camper Van Beethoven has the same instrumental lineup as the British folk-rock group Fairport Convention - a rock band with a fiddle - and it tosses together Fairport's Celtic rock with bits of Middle Eastern music and punky garage-band rock. With or without lyrics, the songs oom-pah and bounce along, sometimes skipping or adding a beat to show the musicians know what they're doing; the lyrics offer whimsy, like ''Take the Skinheads Bowling,'' or suburban brat shoulder-shrugging: ''Just relax and sing a song/Drive your car up on the lawn.'' One Camper song that does get earnest simply insists, ''Life is grand'' and ''love is real,'' and defies ''those of you who have appointed yourselves to expect us to say something darker.''

Camper Van Beethoven's humor, nonconformity and folksy, loose-limbed music have endeared the band to collegiate listeners. But there's not much to the music beyond intermittent cleverness. Compared with Camper Van Beethoven's instrumentals, there have been richer, more far-reaching folk-rock-ethnic fusions by old bands (Kaleidoscope) and current ones (the Horseflies). And just about all of the band's lyrics stay cute and noncommittal, refusing to engage emotions or ideas. By treating all pop (including its own) as trivial, Camper Van Beethoven does avoid self-importance. But the group seems awfully smug about it.

---

A version of this article appears in print on , Section C, Page 17 of the National edition with the headline: Review/Rock; Camper Van Beethoven's Whimsy