# EXHIBIT 4

Guy Forsyth [redacted] Suno

https://suno.com/song/c37a1d67-52dc-4cbc-8767-d0a515e18b77?sh=kFpS95VV0w4LcOGS

Duo Central | iManage | WL

SUNO

- Home
- Explore
- Create
- Studio
- Library
- Hooks
- [redacted]




# Guy Forsyth

[redacted]

Blues-rock with a swampy mid-tempo shuffle, gritty guitar riffing and handclap backbeat; verse rides lean with bass, kick, and a bent-note lead, pre-chorus strips to voice and toms, chorus ...

Add a Caption

July 20, 2026 at 11:56 AM v5

▶ 2

[Verse 1]
Mud on the boots by the trailer gate
Smoke in the air and he never runs late
Hands like a map from a hard-earned road
He says, "Keep your head up, kid, carry the load"

[Pre-Chorus]
He walks in slow
But he shakes the floor
One look, one grin
And you want one more

[Chorus]
Guy Forsyth
Say the name, say it right
Guy Forsyth
Got that fire tonight
Guy Forsyth
He can tear the room apart
Guy Forsyth
Then he hands you back your heart

Write a comment

No comments yet!

Similar | [redacted]


Don't Dwindle on th
blues rock with a grea.
King Sugarbusl
▶ 240


Иди сюда
Blues-rock-metal, ...
Točьвтoчь
▶ 29


Daytime Strangers
Sexy blues rock with a
Chris Rannals
▶ 36


The Sinner's Way
sexy blues rock wit...
Chris Rannals
▶ 5


JUNKIE SIDE STR..
Blues, Jazz, Rock, Folk
Keith Eade
▶ 16


Happy Birthday My
Blues rock with a funky

Remix

- Earn Credits
- Labs
- Notifications
- More

Upgrade to Premier

Guy Forsyth
0:00 3:13

Suno | AI Music

suno.com/create?wid=default

SUNO

[redacted]

Upgrade to Premier

Home

Explore

Create

Simple Advanced Sounds v5

+ Audio + Voice New + Inspo

Song Description

guy forsyth

+ Lyrics Instrumental

Workspaces > My Workspace

Search Filters (3) Newest List Liked Public Uploads 1

Today



Guy Forsyth v5

Blues-rock with a swampy mid-tempo shuffle, gritty guitar riffing and handclap backbeat; verse rides lean with bass, kick, a...



Guy Forsyth v5

Blues-rock with a swampy mid-tempo shuffle, gritty guitar riffing and handclap backbeat; verse rides lean with bass, kick, a...