# EXHIBIT 5

Ed Calle [redacted] Suno

https://suno.com/song/9e529835-3a08-4cba-ac62-f7380cdf1567?sh=PThNyXVzCVQ0cqgw

SUNO

- Home
- Explore
- Create
- Studio
- Library
- Hooks
- [redacted]

- Earn Credits
- Labs
- Notifications
- Privacy and more

Upgrade to Premier




# Ed Calle

[redacted]

Latin jazz with a swinging mambo pulse, syncopated percussion, and walking bass under bright horn hits; verse stays lean with congas, piano montuno, and playful call-and-response, pre-chorus lifts with stacked vocal chants and a rising sax figure, chorus opens wide with gang vocals on the name phrase, Ad-lib sax stabs between lines, shaker shimmer into transitions, warm live-room mix with punchy brass and glossy top end

– Show Summary

Add a Caption

August 13, 2026 at 4:59 PM v5

▶ 2

[Verse 1]
Ed Calle on the corner
Shoes tapping wood
Palm trees in the morning
Making everything good
You bring that fire
From the first note down
Bent horn in your hands
Turns the room around

[Pre-Chorus]
Tell me where you learned
That golden cry
One breath from your mouth
And the dark feels light
Crowd leans in close
When you take that line

[Chorus]
Ed Calle, Ed Calle

Write a comment

No comments yet!

Similar


Homeworld Free
latin jazz mixed wit...
KillAManJaro
▶ 643


Will power
Latin jazz with a afr...
BLUE LABE...
▶ 78


DIFFERENT(WOM...
Rock, Latin Rock, Blue
creativenomad
▶ 291


BabyCakes
Peppy Latin jazz wit...
BigSpaceG...
▶ 12


don't let it gather d...
jesus molina, latin jazz
Vad Dre
▶ 23


volta pra mim jazzy
The overall mood shou

Remix

Ed Calle
[redacted]

0:00 3:12

Ed Calle [redacted] Suno

https://suno.com/song/e28ac8d4-33d3-4c9f-b98a-7581f5a81f81?sh=hvovDYp1nfSUEzTM

SUNO

Home
Explore
Create
Studio
Library
Hooks
[redacted]

Earn Credits
Labs
Notifications
Privacy and more

Upgrade to Premier



# Ed Calle

[redacted]

Latin jazz with a swinging mambo pulse, syncopated percussion, and walking bass under bright horn hits; verse stays lean with congas, piano montuno, and playful call-and-response, pre-...

Add a Caption

August 13, 2026 at 4:59 PM v5

Edit

▶ 1

[Verse 1]
Ed Calle on the corner
Shoes tapping wood
Palm trees in the morning
Making everything good
You bring that fire
From the first note down
Bent horn in your hands
Turns the room around

[Pre-Chorus]
Tell me where you learned
That golden cry
One breath from your mouth
And the dark feels light
Crowd leans in close
When you take that line

[Chorus]
Ed Calle, Ed Calle
Make the room sway

Write a comment

No comments yet!

Similar

Homeworld Free
latin jazz mixed wit...
KillAManJaro
643

Will power
Latin jazz with a afr...
BLUE LABE...
78

DIFFERENT(WOM...
Rock, Latin Rock, Blue
creativenomad
291

BabyCakes
Peppy Latin jazz wit...
BigSpaceG...
12

don't let it gather d...
jesus molina, latin jazz
Vad Dre
23

volta pra mim jazzy
The overall mood shou

Remix

Ed Calle
0:00 2:49

Suno | AI Music

suno.com/create?wid=default

SUNO

Home

Explore

Create

Studio

Library

Hooks

[redacted]

Simple Advanced Sounds v5.5

+ Audio + Voice + Inspo

Song Description

Ed Calle

+ Lyrics Instrumental

Suggestions

melodic hook metallic percussion fantasy dreamy vocalizat

Workspaces > My Workspace

Search Filters (3) Newest List 1

Today

Ed Calle v5.5
3:14
Latin pop ballad with a smooth mid-tempo groove, brushed percussion and warm nylon-string guitar; ver...

Ed Calle v5.5
3:08
Latin pop ballad with a smooth mid-tempo groove, brushed percussion and warm nylon-string guitar; ver...

Ed Calle v5
2:50
Latin jazz with a swinging mambo pulse, syncopated percussion, and walking bass under bright horn hits;...
Remix

Ed Calle v5
3:13
Latin jazz with a swinging mambo pulse, syncopated percussion, and walking bass under bright horn hits;...