# EXHIBIT 6

Jon Langford [redacted] Suno

https://suno.com/song/c934aff0-bf29-41d6-8982-717e717b53d0?sh=WdBjB6oWsPp21pU6

SUNO

- Home
- Explore
- Create
- Studio
- Library
- Hooks
- [redacted]



# Jon Langford

Alt-country rock with a punky gallop, mid-tempo stomp, and cracked acoustic-electric blend; verse rides tight picked guitar and hand drums, pre-chorus strips to bass and snare taps, chorus opens with gang vocals and a ragged slide-guitar hook, Lead vocal stays close-mic and nasal in verses, wider doubles on the hook, with short delay throws on the name, Room clap hits, a rising guitar scrape before each chorus, and a dusty but bright mix with punchy drums and forward mids

– Show Summary

Add a Caption

July 20, 2026 at 12:04 PM v5

Edit

▶ 7

[Verse 1]
You came in with a torn-up coat
Mud on your boots, grin like smoke
Back seat full of old songs
Still you drove on

[Verse 2]
Paper cup, cheap gin sting
Laughing like you knew everything
Left the door on the chain
Then you came back again

[Pre-Chorus]
And I heard that name
Like a match in a jar
I heard that name
And it hit too hard

[Chorus]
Jon Langford, Jon Langford
Run that road again

Write a comment

No comments yet!

Similar [redacted]



**I Still Stand**
cinematic country-r...
Primal Soci...
▶ 14



**Hoping It's Not Too**
alt-country, country ro...
SteelerSal
▶ 20



**Say Something Nic**
alt rock, alt-country, p...
The Mild Rover
▶ 29



**No Show liveish**
close mic indie roc...
TechMan M...
▶ 10



**Dance Holler-Girl...**
Country-rock, alt-coun
MARY SOLEN...
▶ 50



**Dance This Holler ...**
Country-rock, alt-coun
MARY SOLEN...

Remix

- Earn Credits
- Labs
- Notifications
- More

Upgrade to Premier

Jon Langford
[redacted]

0:00 2:32


Suno | AI Music
https://suno.com/create?wid=default
SUNO
Home
Explore
Create
Studio
Library
Hooks
Simple
Advanced
Sounds
v5
+ Audio
+ Voice
+ Inspo
Song Description
jon langford
+ Lyrics
Instrumental
Workspaces > My Workspace
Search
Filters (3)
Newest
List
Liked
Public
Today
Jon Langford Boots
v5
Alt-country punk with driving mid-tempo swagger, clipped acoustic strums and wiry electric fills; verse rides tight band grooves with dry spoken delivery, pre-chorus ...
Jon Langford Boots
v5
Alt-country punk with driving mid-tempo swagger, clipped acoustic strums and wiry electric fills; verse rides tight band grooves with dry spoken delivery, pre-chorus ...

Jon Langford Boots by Jiccc | Suno

https://suno.com/song/fdca8ff0-0d0f-46db-a28c-4f346e29c83b?sh=kTQgN5xzxEfoqRaX

SUNO

- Home
- Explore
- Create
- Studio
- Library
- Hooks
- [redacted]



Edit

# Jon Langford Boots

[redacted]

Alt-country punk with driving mid-tempo swagger, clipped acoustic strums and wiry electric fills; verse rides tight band grooves with dry spoken delivery, pre-chorus strips to bass and handclaps, chorus hits with gang vocals on the name, Short drum fills, harmonica squeals, and a slide-guitar turn between sections, Bright, gritty mix with a dusty live-room snap

– Show Summary

Add a Caption

August 27, 2026 at 9:46 AM v5

▶ 2

[Verse 1]
Boots by the back door
Mud on the hem
You walk in like trouble
Then you smile at them
Paper cup coffee
Cold in your hand
You tell one hard truth
And they start to stand

[Pre-Chorus]
Set your jaw
Lean into the burn
One more mile
One more turn

[Chorus]
Jon Langford
Jon Langford
Say it loud, say it plain
Jon Langford
Jon Langford

Write a comment

No comments yet!

- Earn Credits
- Labs
- Notifications
- More

Upgrade to Premier

Jon Langford Boots

0:00 2:37