# EXHIBIT 7

Jon Langford [redacted] Suno

https://suno.com/song/cdc72274-2d8f-413e-9b46-684bc75b7b66?sh=t85ca345pPq8CeNS

SUNO

- Home
- Explore
- Create
- Studio
- Library
- Hooks
- [redacted]



# Jon Langford

[redacted]

Alt-country punk with a driving mid-tempo stomp, crunchy Telecaster riffs, bass locked to the kick, and a loose bar-band swing; verse rides sparse guitar and drums, pre-chorus opens with gang shouts and a rising snare roll, chorus hits with stacked harmonies and a shouted name chant, Lead vocal stays rough and close-mic, with doubles on key lines, short delay throws on the hook, and handclaps plus harmonica filigree for ear candy, Bright, gritty, road-worn mix

– Show Summary

Add a Caption

July 20, 2026 at 1:38 PM v5.5

▶ 10

[Verse 1]
You rolled in with a case full of scars
Boots scuffed up from too many bars
Paint on your hands, dust on your coat
You never needed a shiny boat

[Pre-Chorus]
You said, "Keep it raw
Keep it loud"
Then you grinned like
You owned the crowd

[Chorus]
Jon Langford
Jon Langford
Sing it back
Jon Langford
Jon Langford
That name still bites
And it won't let go

Write a comment

No comments yet!

- Earn Credits
- Labs
- Notifications
- Privacy and more

Upgrade to Premier



Jon Langford

0:00 2:40

https://suno.com/studio

Jon Langford [redacted] Suno

https://suno.com/song/41e4d42b-b83b-4a84-b873-d6fd44d25f16?sh=0fXwDFnpK2mL64rH

SUNO

- Home
- Explore
- Create
- Studio
- **Library**
- Hooks
- [redacted]



# Jon Langford

[redacted]

Alt-country punk with a driving mid-tempo stomp, crunchy Telecaster riffs, bass locked to the kick, and a loose bar-band swing; verse rides sparse guitar and drums, pre-chorus opens with gang shouts and a rising snare roll, chorus hits with stacked harmonies and a shouted name chant, Lead vocal stays rough and close-mic, with doubles on key lines, short delay throws on the hook, and handclaps plus harmonica filigree for ear candy, Bright, gritty, road-worn mix

– Show Summary

Add a Caption

July 20, 2026 at 1:38 PM v5.5

Edit

▶ 8

[Verse 1]
You rolled in with a case full of scars
Boots scuffed up from too many bars
Paint on your hands, dust on your coat
You never needed a shiny boat

[Pre-Chorus]
You said, "Keep it raw
Keep it loud"
Then you grinned like
You owned the crowd

[Chorus]
Jon Langford
Jon Langford
Sing it back
Jon Langford
Jon Langford
That name still bites
And it won't let go

Write a comment

No comments yet!

- Earn Credits
- Labs
- Notifications
- Privacy and more

**Upgrade to Premier**



Jon Langford
[redacted]

0:00 2:32