# EXHIBIT 8

Stone Blues in My Shoes [redacted]

https://suno.com/song/7c7927d5-e8be-4a51-97e9-bc977a1dcd17?sh=uwhmEKyxvChcvsMj

Duo Central iManage WL

SUNO

- Home
- Explore
- Create
- Studio
- Library
- Hooks
- [redacted]

- Earn Credits
- Labs
- Notifications
- More

Upgrade to Premier



Edit

# Stone Blues in My Shoes

[redacted]

Vintage electric Chicago blues, slow shuffle groove around 74 BPM, greasy overdriven guitar front and center with stabbing piano fills and fat walking bass, Male vocals, conversational and raw, with call-and-response phrasing between voice and lead guitar, Verses stay tight and intimate, chorus widens with gang-style "yeah" shouts and bent-note guitar answers, Roomy live-club reverb, amp hum and finger squeaks left in for grit

– Show Summary

Add a Caption

April 10, 2026 at 10:58 AM v5.5

▶ 17

[Verse 1]
Woke up this mornin'
Left my good sense in the bed
Coffee on the counter
But the crying in my head
My baby packed one suitcase
Left the old one by the door
Said
"You love that barroom
Boy
Just a little too much more"

[Chorus]
Got these stone blues in my shoes
Every step just drags me down
Yeah these stone blues in my shoes
I walk in circles 'round this town
If I ever get to heaven
Gonna need you to pull me through
'Cause I can't move

Write a comment

No comments yet!

Similar [redacted]

Remix

Stone Blues in My Shoes

0:00 5:46

Suno | AI Music

suno.com/create

All Bookmarks

SUNO

[redacted]

Upgrade to Pro

- Home
- Explore
- Create
- Studio
- Library
- Search
- Hooks + Create
- Notifications
- Labs
- More

40 | Simple | Advanced | v4.5-all

Song Description

buddy guy

+ Audio | + Lyrics | Instrumental

Inspiration

85-95 bpm | ethereal neo soul | 90 bpm | comforting | ens

Create

This will use **10 credits** to generate **2 songs**

Workspaces > My Workspace

Search | Filters (3) | Newest | Liked | Public | Uploads | 1




**Stone Blues in My Shoes** v5.5 Preview

Vintage electric Chicago blues, slow shuffle groove around 74 BPM, greasy overdriven guitar front and center with stabbing piano fills and fat walking bass, Male vocals, conversation...

Upgrade for full song




**Stone Blues in My Shoes** v5.5 Preview

Vintage electric Chicago blues, slow shuffle groove around 74 BPM, greasy overdriven guitar front and center with stabbing piano fills and fat walking bass, Male vocals, conversation...

Upgrade for full song



**South Side Shuffle** v4.5-all

Raw electric Chicago blues vibe; male vocals dripping attitude, Loose trio feel: snarling lead guitar, walking bass, roomy drums, Verses stay cool and conversational, then the chor...



**South Side Shuffle** v4.5-all

Raw electric Chicago blues vibe; male vocals dripping attitude, Loose trio feel: snarling lead guitar, walking bass, roomy drums, Verses stay cool and conversational, then the chor...


By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.

Your Privacy Choices | Reject All | Accept All Cookies