# EXHIBIT 9

South Side Shuffle [redacted] Suno

https://suno.com/song/5051123a-ee0f-41cb-b724-5fed775041b4?sh=ANW1hZQg7mrScoAD

Duo Central | iManage | WL

SUNO

- Home
- Explore
- Create
- Studio
- Library
- Hooks
- [redacted]



Edit

# South Side Shuffle

[redacted]

Raw electric Chicago blues vibe, male vocals dripping attitude, Loose trio feel: snarling lead guitar, walking bass, roomy drums, Verses stay cool and conversational, then the chorus hits harder with gang shouts and stacked call-and-response, Guitar gets extra grit on turnarounds, subtle room reverb to feel like a smoky club

– Show Summary

Add a Caption

April 10, 2026 at 10:58 AM v4.5-all

▶ 10

[Verse 1]
Old suit jacket
Frayed at the cuff
Cheap brown liquor
Glass half scuffed
You laugh
Say
"Kid
You don't know rough"
Then bend one note
Till it's begging
"Enough"

[Chorus]
Buddy guy at the end of the bar
Making that busted amp sound like a star
Every scar on his hands
Every long midnight drive
Buddy guy with a busted grin
Turning all that hurt into something that lives
He just shrugs

Write a comment

No comments yet!

Similar | [redacted]



崖の縁で
1960s chicago blu...
Alberto Eliz...
▶ 3



AI music
Style/Genre: Raw 1...
Ju-Peter :)
▶ 50



Béton Peint
Chicago drill, dark ...
F.T.S.
▶ 6





ACA Line up
[MORE SOULFUL, ...
Acquaahba...
▶ 18



Gotta Play the Blue
acoustic chicago blue.
DomDom
▶ 29





Five Minutes of My
Early 1950s raw Chica

Remix

- Earn Credits
- Labs
- Notifications
- More

Upgrade to Premier



South Side Shuffle

0:00 3:09

Suno | AI Music

suno.com/create

All Bookmarks

SUNO

[redacted]

Upgrade to Pro

- Home
- Explore
- Create
- Studio
- Library
- Search
- Hooks + Create
- Notifications
- Labs
- More

♪ 40 | Simple | Advanced | v4.5-all

Song Description

buddy guy

+ Audio | + Lyrics | Instrumental

Inspiration

85-95 bpm | ethereal neo soul | 90 bpm | comforting | ens

Create

This will use **10 credits** to generate **2 songs**

Workspaces > My Workspace

Search | Filters (3) | Newest | Liked | Public | Uploads | 1




**Stone Blues in My Shoes** v5.5 Preview

Vintage electric Chicago blues, slow shuffle groove around 74 BPM, greasy overdriven guitar front and center with stabbing piano fills and fat walking bass, Male vocals, conversation...

Upgrade for full song




**Stone Blues in My Shoes** v5.5 Preview

Vintage electric Chicago blues, slow shuffle groove around 74 BPM, greasy overdriven guitar front and center with stabbing piano fills and fat walking bass, Male vocals, conversation...

Upgrade for full song



**South Side Shuffle** v4.5-all

Raw electric Chicago blues vibe; male vocals dripping attitude, Loose trio feel: snarling lead guitar, walking bass, roomy drums, Verses stay cool and conversational, then the chor...



**South Side Shuffle** v4.5-all

Raw electric Chicago blues vibe; male vocals dripping attitude, Loose trio feel: snarling lead guitar, walking bass, roomy drums, Verses stay cool and conversational, then the chor...

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.

Your Privacy Choices | Reject All | Accept All Cookies