# EXHIBIT 10

Blue Umbrella [redacted] Suno

https://suno.com/song/6a7b72a9-4afe-47bc-9af7-3833c1caf3ba?sh=x6kLCqaNS3Z37UaP

SUNO

- Home
- Explore
- Create
- Studio
- **Library**
- Hooks

[redacted]



Edit

# Blue Umbrella

[redacted]

1970s soft rock singer-songwriter with laid-back swung acoustic strums, mellow bass, brushed drums, and a lazy piano lift in the chorus; verse stays intimate and close-mic, pre-chorus adds stacked harmonies and a tambourine shimmer, chorus opens with warm group vocals and short delay throws on the hook words; tape hiss, soft handclaps, and a gentle string swell into the final chorus; polished but earthy, sunlit and conversational

– Show Summary

Add a Caption

August 9, 2026 at 9:51 PM v5

▶ 3

[Verse 1]
You came in late
With rain on your shoes
Blue umbrella
Leaning by the booth

You smiled like trouble
I knew that look
Took one more sip
Then you closed the book

[Pre-Chorus]
And the room went still
Around your name
My careful heart
Caught in the flame

[Chorus]
Blue umbrella, stay a while
Blue umbrella, make me smile
You got that way

Write a comment

No comments yet!

- Earn Credits
- Labs
- Notifications
- Privacy and more

**Upgrade to Premier**



Blue Umbrella

[redacted]

0:00 3:24

Suno | AI Music

suno.com/create?wid=default

SUNO

Home
Explore
Create
Studio
Library
Hooks
[redacted] ...

Simple Advanced Sounds v5

+ Audio + Voice + Inspo

Song Description

carly simon

+ Lyrics Instrumental

Suggestions

deep bass pulses persian pop edm afrohouse baroq

Workspaces > My Workspace

Search

Filters (3) Newest List Liked Public Uploads

Today



**Blue Umbrella** v5

1970s soft rock singer-songwriter with laid-back swung acoustic strums, mellow bass, brushed drums, and a lazy piano lift in the chorus, verse stays intimate and close-mic, pre-chorus adds stacked harmonies and a tambourine shimmer, chorus opens with warm group vocals and short delay t...



**Blue Umbrella** v5

1970s soft rock singer-songwriter with laid-back swung acoustic strums, mellow bass, brushed drums, and a lazy piano lift in the chorus, verse stays intimate and close-mic, pre-chorus adds stacked harmonies and a tambourine shimmer, chorus opens with warm group vocals and short delay t...



**Old Boat Radio** v5.5

Soft 70s confessional pop with brushed drums, warm acoustic guitar, gentle bass, and piano accents, verse stays intimate and conversational, pre-chorus lifts with stacked harmony and a filtered tambourine swell, chorus opens into a singable wide hook with handclaps and doubled lead vocal,...



**Old Boat Radio** v5.5

Soft 70s confessional pop with brushed drums, warm acoustic guitar, gentle bass, and piano accents, verse stays intimate and conversational, pre-chorus lifts with stacked harmony and a filtered tambourine swell, chorus opens into a singable wide hook with handclaps and doubled lead vocal,...