# EXHIBIT 11

Old Boat Radio [redacted] Suno

https://suno.com/song/cd59b800-664d-49d3-b540-d0047340967f?sh=XBrCQvr2GEfaocxX

SUNO

- Home
- Explore
- Create
- Studio
- Library
- Hooks
- [redacted]



Edit

# Old Boat Radio

[redacted]

Soft 70s confessional pop with brushed drums, warm acoustic guitar, gentle bass, and piano accents; verse stays intimate and conversational, pre-chorus lifts with stacked harmony and a filtered tambourine swell, chorus opens into a singable wide hook with handclaps and doubled lead vocal, Use short tape-delay throws on the last word of each line, airy backing oohs in the chorus, and a bright but grainy mix with vinyl warmth

– Show Summary

Add a Caption

August 9, 2026 at 9:50 PM v5.5

▶ 6

[Verse 1]
You left your coat on my chair
Like you meant to come back
But you only left a note
Folded into the crack
I read it by the sink
Then I read it again
Same small words, same clean cut
Like a blade with a grin

[Pre-Chorus]
And I still know that look
The one before you go
You tilt your chin toward the door
And let the whole room know

[Chorus]
I hear your old boat radio
I hear it all night long
(turn it up, turn it up)

Write a comment

No comments yet!

- Earn Credits
- Labs
- Notifications
- Privacy and more

Upgrade to Premier

Old Boat Radio

0:00 4:07

Suno | AI Music

suno.com/create?wid=default

SUNO

- Home
- Explore
- Create
- Studio
- Library
- Hooks

Simple | Advanced | Sounds | v5

+ Audio | + Voice | + Inspo

Song Description

carly simon

+ Lyrics | Instrumental

Suggestions

deep bass pulses | persian | pop edm | afrohouse | baroq

Workspaces > My Workspace

Search | Filters (3) | Newest | List | Liked | Public | Uploads

**Today**



**Blue Umbrella** v5

1970s soft rock singer-songwriter with laid-back swung acoustic strums, mellow bass, brushed drums, and a lazy piano lift in the chorus, verse stays intimate and close-mic, pre-chorus adds stacked harmonies and a tambourine shimmer, chorus opens with warm group vocals and short delay t...



**Blue Umbrella** v5

1970s soft rock singer-songwriter with laid-back swung acoustic strums, mellow bass, brushed drums, and a lazy piano lift in the chorus, verse stays intimate and close-mic, pre-chorus adds stacked harmonies and a tambourine shimmer, chorus opens with warm group vocals and short delay t...



**Old Boat Radio** v5.5

Soft 70s confessional pop with brushed drums, warm acoustic guitar, gentle bass, and piano accents, verse stays intimate and conversational, pre-chorus lifts with stacked harmony and a filtered tambourine swell, chorus opens into a singable wide hook with handclaps and doubled lead vocal,...



**Old Boat Radio** v5.5

Soft 70s confessional pop with brushed drums, warm acoustic guitar, gentle bass, and piano accents, verse stays intimate and conversational, pre-chorus lifts with stacked harmony and a filtered tambourine swell, chorus opens into a singable wide hook with handclaps and doubled lead vocal,...