# EXHIBIT 12

Old Boat Radio [redacted] Suno

https://suno.com/song/58818cbb-0e64-4970-bfb7-0b9783fc7ef0?sh=cCcJ2luQK3FyQBtp

SUNO

- Home
- Explore
- Create
- Studio
- Library
- Hooks
- [redacted]




# Old Boat Radio

[redacted]

Soft 70s confessional pop with brushed drums, warm acoustic guitar, gentle bass, and piano accents; verse stays intimate and conversational, pre-chorus lifts with stacked harmony and a filtered tambourine swell, chorus opens into a singable wide hook with handclaps and doubled lead vocal, Use short tape-delay throws on the last word of each line, airy backing oohs in the chorus, and a bright but grainy mix with vinyl warmth

– Show Summary

Add a Caption

August 9, 2026 at 9:50 PM v5.5

▶ 5

[Verse 1]
You left your coat on my chair
Like you meant to come back
But you only left a note
Folded into the crack
I read it by the sink
Then I read it again
Same small words, same clean cut
Like a blade with a grin

[Pre-Chorus]
And I still know that look
The one before you go
You tilt your chin toward the door
And let the whole room know

[Chorus]
I hear your old boat radio
I hear it all night long
(turn it up, turn it up)

Write a comment

No comments yet!

- Earn Credits
- Labs
- Notifications
- Privacy and more

Upgrade to Premier



Old Boat Radio

0:00 3:39

Suno | AI Music

suno.com/create?wid=default

SUNO

- Home
- Explore
- Create
- Studio
- Library
- Hooks

Simple Advanced Sounds v5

+ Audio + Voice + Inspo

Song Description

carly simon

+ Lyrics Instrumental

Suggestions

deep bass pulses persian pop edm afrohouse baroq

Workspaces > My Workspace

Search

Filters (3) Newest List Liked Public Uploads

Today



Blue Umbrella v5

1970s soft rock singer-songwriter with laid-back swung acoustic strums, mellow bass, brushed drums, and a lazy piano lift in the chorus, verse stays intimate and close-mic, pre-chorus adds stacked harmonies and a tambourine shimmer, chorus opens with warm group vocals and short delay t...



Blue Umbrella v5

1970s soft rock singer-songwriter with laid-back swung acoustic strums, mellow bass, brushed drums, and a lazy piano lift in the chorus, verse stays intimate and close-mic, pre-chorus adds stacked harmonies and a tambourine shimmer, chorus opens with warm group vocals and short delay t...



Old Boat Radio v5.5

Soft 70s confessional pop with brushed drums, warm acoustic guitar, gentle bass, and piano accents, verse stays intimate and conversational, pre-chorus lifts with stacked harmony and a filtered tambourine swell, chorus opens into a singable wide hook with handclaps and doubled lead vocal,...



Old Boat Radio v5.5

Soft 70s confessional pop with brushed drums, warm acoustic guitar, gentle bass, and piano accents, verse stays intimate and conversational, pre-chorus lifts with stacked harmony and a filtered tambourine swell, chorus opens into a singable wide hook with handclaps and doubled lead vocal,...