# EXHIBIT 13

Sunday Shoes [redacted] Suno

https://suno.com/song/5021e627-6c3f-400f-9f47-855e535bb29a?sh=npqrRAnOadxroP6B

SUNO

- Home
- Explore
- Create
- Studio
- Library
- Hooks
- [redacted]




# Sunday Shoes

[redacted]

Gospel soul with a mid-tempo handclap groove and a warm walking bass; verse leans on organ swells and clipped rhythm guitar, pre-chorus lifts with stacked choir harmonies, chorus opens wide with tambourine and call-and-response. Lead female vocals are gritty and joyful with doubled hook lines, short delay throws on key words, and handclap accents at phrase ends. Add a rising organ swell, a breathy pickup, and a final crowd-style shout before the last chorus. Mix is warm, punchy, and analog-bright

– Show Summary

Add a Caption

July 20, 2026 at 9:58 AM v5

▶ 4

[Verse 1]
I woke up with a crack in my bones
Sun through the screen on the kitchen floor
Made my tea in a chipped white cup
And I told my trouble, "You can't stay here no more"

[Pre-Chorus]
I been low, I been worn
I been bent, I been sore
But something in me says
Get up, get up

[Chorus]
Keep on walking
Keep on walking
Sunday shoes on my feet

Keep on singing
Keep on singing
Ain't no chain on me

Write a comment

No comments yet!

- Earn Credits
- Labs
- Notifications
- Privacy and more

Upgrade to Premier



Sunday Shoes

0:00 3:14