# EXHIBIT 14

Sunday Shoes b[redacted] Suno

https://suno.com/song/e416e976-dc98-4de7-8173-cfdfe16fa618?sh=j6WKAOhXgaEHcBMD

SUNO

Home
Explore
Create
Studio
Library
Hooks
[redacted]




# Sunday Shoes

[redacted]

Gospel-soul with a steady backbeat, handclaps, and a warm organ bed; verse stays grounded and conversational, pre-chorus lifts with stacked harmonies and a tambourine push, chorus opens into call-and-response with stomped accents and gospel shouts, Lead vocal is smoky and resolute with double-tracked hook lines, ad-lib swells, and short delay throws on the last word, Vinyl crackle, room clap echoes, and a rising organ run into the final chorus, Bright, vintage, church-room mix

– Show Summary

Add a Caption

July 31, 2026 at 1:49 PM v5

▶ 7 ···

[Verse 1]
I got dust on my Sunday shoes
But I still walk in
Head up high
Heart bruised thin

Mama taught me
Don't you fold
When the road gets rough
Keep your soul

[Pre-Chorus]
I've been low
I've been bent
Still I rise
Again and again
Hear me now
I'm still here
Steady hands
Steady fear

Write a comment

No comments yet!

Earn Credits
Labs
Notifications
··· Privacy and more

Upgrade to Premier



Sunday Shoes
[redacted]

0:00 2:44

Sunday Shoes [redacted] Suno

https://suno.com/song/b02aab0e-af11-4124-90f3-97ddb0c24b69?sh=lFdur2Tpkm2ShgaT

SUNO

- Home
- Explore
- Create
- Studio
- Library
- Hooks

- Earn Credits
- Labs
- Notifications
- Privacy and more

Upgrade to Premier




# Sunday Shoes

Gospel-soul with a steady backbeat, handclaps, and a warm organ bed; verse stays grounded and conversational, pre-chorus lifts with stacked harmonies and a tambourine push, chorus opens into call-and-response with stomped accents and gospel shouts, Lead vocal is smoky and resolute with double-tracked hook lines, ad-lib swells, and short delay throws on the last word, Vinyl crackle, room clap echoes, and a rising organ run into the final chorus, Bright, vintage, church-room mix

– Show Summary

Add a Caption

July 31, 2026 at 1:49 PM v5

8

[Verse 1]
I got dust on my Sunday shoes
But I still walk in
Head up high
Heart bruised thin

Mama taught me
Don't you fold
When the road gets rough
Keep your soul

[Pre-Chorus]
I've been low
I've been bent
Still I rise
Again and again
Hear me now
I'm still here
Steady hands
Steady fear

Write a comment

No comments yet!



Sunday Shoes

0:00 2:52