# EXHIBIT 15

Parking Lot Anthem [redacted] Suno

https://suno.com/song/3baeec99-b86e-4437-b913-6aa9abbcdf95?sh=E7XnJHt371Q714xC

Duo Central | iManage | WL

SUNO

- Home
- Explore
- Create
- Studio
- Library
- Hooks
- [redacted]

- Earn Credits
- Labs
- Notifications
- More

Upgrade to Premier



# Parking Lot Anthem

[redacted]

Ska-punk with fast offbeat guitar chops, jumping bassline, and punchy two-step drums; verse drives in tight, talk-sung lines, pre-chorus strips to bass and snare, chorus opens with gang shouts and brass hits, Lead vocal stays gritty and close-mic, with shouted doubles on the hook and playful ad-libs, Quick horn stabs, tape-stop pickups, and a lift before the final chorus, Bright, sweaty, and live-room loud

– Show Summary

Add a Caption

August 13, 2026 at 5:04 PM v5

Edit

▶ 1

[Verse 1]
My shoes got dust on the tongue
Bus pass bent in my back pocket
You said "meet me by the chain-link"
So I ran like I had rocket

Crumpled note in your hand
Says you're done with the small-town mess
But you laughed when the storm rolled in
And that laugh still knows my address

[Pre-Chorus]
Hold up
Don't leave me here
With this busted grin
And my cheap excuses

Hold up
One more spin
If we're gonna burn

Write a comment

No comments yet!

Similar | [redacted]



Take Nothing, Leav.
Fast ska punk with a h.
Cxltxn
▶ 10



Better than bud
Ska-Punk / Reggae...
HerbNinja
▶ 952



Lone Wolf x Lone ...
Fast pace ska punk
The KG Shawn
▶ 5



Silêncio Forçado
ska punk, fast drums
mauro
▶ 2



Crazy About You
ska punk dark meta...
Ren PI
▶ 6



Emifx - The Crossr.
[REALISM: MAX][REA

Remix

Parking Lot Anthem

0:00 2:55

Suno | AI Music

suno.com/create?wid=default

SUNO

- Home
- Explore
- Create
- Studio
- Library
- Hooks

[redacted]

Simple Advanced Sounds v5

+ Audio + Voice + Inspo

Song Description

Less Than Jake

+ Lyrics Instrumental

Suggestions

melodic hook | metallic percussion | fantasy | dreamy vocalizat

Workspaces > My Workspace

Search | Filters (3) | Newest | List | 1

Today



Parking Lot Anthem v5

Ska-punk with fast offbeat guitar chops, jumping bassline, and punchy two-step drums; verse drives in tig...



Parking Lot Anthem v5

Ska-punk with fast offbeat guitar chops, jumping bassline, and punchy two-step drums; verse drives in tig...



Bus Fare Riot v5.5

Ska punk with upstroke guitars, punchy walking bass, fast drums, and bright brass stabs; verse drives on t...



Bus Fare Riot v5.5

Ska punk with upstroke guitars, punchy walking bass, fast drums, and bright brass stabs; verse drives on t...