# EXHIBIT 16

Trade Wind Canopy [redacted] Suno

https://suno.com/song/c1d24f0b-a6c0-49d8-bde0-82356afe8e3e?sh=gi9ooFyBq1aJbRdZ

SUNO

- Home
- Explore
- Create
- Studio
- **Library**
- Hooks
- [redacted]




# Trade Wind Canopy

[redacted]

Hawaiian folk reggae with laid-back midtempo sway, steady offbeat guitar chops, ukulele strums, brushed hand percussion, and a warm bass pulse; verse keeps it intimate and sparse, pre-chorus opens with harmony lift and a rising slack-key flourish, chorus settles into a sunny singalong bounce with stacked vocal oohs, Tapa-drum accents, ocean-swell reverses, and a soft conch-like transition color the arrangement. Bright, earthy, and close-mic with a relaxed island groove, hawaiian, reggae, folk

– Show Summary

Add a Caption

June 1, 2026 at 3:52 PM v5.5

▶ 3

[Instrumental]

Edit Displayed Lyrics

Write a comment

No comments yet!

- Earn Credits
- Labs
- Notifications
- More

**Upgrade to Premier**



Trade Wind Canopy

0:00 2:32


suno.com/create
SUNO
[redacted]
Upgrade to Premier
Home
Explore
Create
Studio
Simple
Advanced
Sounds
v5.5
+ Audio
+ Voice New
+ Inspo
Song Description
Israel Kamakawiwo'ole
+ Lyrics
Instrumental
Workspaces > My Workspace
Search
Filters (3)
Newest
Liked
Public
Uploads
1
Trade Wind Canopy
v5.5
Hawaiian folk reggae with laid-back midtempo sway, steady offbeat guitar chops, ukulele strums, brushed hand percussio...
Remix
Trade Wind Canopy
v5.5
Hawaiian folk reggae with laid-back midtempo sway, steady offbeat guitar chops, ukulele strums, brushed hand percussio...
2:14

Trade Wind Canopy [redacted] Suno ×

https://suno.com/song/1c147a4c-019d-4423-8116-12bc049b3777?sh=iRvrg7z9pbG98oAz

SUNO

- Home
- Explore
- Create
- Studio
- Library
- Hooks
- [redacted]




# Trade Wind Canopy

[redacted]

Hawaiian folk reggae with laid-back midtempo sway, steady offbeat guitar chops, ukulele strums, brushed hand percussion, and a warm bass pulse; verse keeps it intimate and sparse, pre-chorus opens with harmony lift and a rising slack-key flourish, chorus settles into a sunny singalong bounce with stacked vocal oohs, Tapa-drum accents, ocean-swell reverses, and a soft conch-like transition color the arrangement. Bright, earthy, and close-mic with a relaxed island groove, hawaiian, reggae, folk

– Show Summary

Add a Caption

June 1, 2026 at 3:52 PM v5.5

▶ 3

[Instrumental]

Edit Displayed Lyrics

Write a comment

No comments yet!

- Earn Credits
- Labs
- Notifications
- More

Upgrade to Premier

Trade Wind Canopy [redacted]

0:00 2:14


suno.com/create
SUNO
Simple
Advanced
Sounds
v5.5
Workspaces
My Workspace
+ Audio
+ Voice
New
+ Inspo
Search
Filters (3)
Newest
Liked
Public
Uploads
1
Upgrade to Premier
Song Description
Israel Kamakawiwo'ole
v5.5
Hawaiian, reggae, folk
v5.5
Hawaiian, reggae, folk
Home
Explore
Create
+ Lyrics
Instrumental