# EXHIBIT 17

Tailgate Dust [redacted] Suno

https://suno.com/song/5041850b-13ee-4600-9799-f4de073d5505?sh=E7oxnNVVP6WgHZgl

Duo Central | iManage | WL

SUNO

- Home
- Explore
- Create
- Studio
- Library
- Hooks
- [redacted]

- Earn Credits
- Labs
- Notifications
- More

Upgrade to Premier



Edit

# Tailgate Dust

[redacted]

The Chicks 2
By [redacted]

Country-pop with brisk two-step groove, bright acoustic strums, fiddle snaps, and a stomping kick; verse stays lean and conversational, pre-chorus lifts with stacked harmonies and a rising snare roll, chorus opens with full band and handclaps, Lead female vocal is close-mic and sassy in verses, doubled on the hook with airy three-part harmonies, short delay throws on the last word, Ear candy: banjo run into chorus, pickup-truck door slam, small whistle fill before the bridge, Mix is bright, punchy, and radio-ready with a warm twang sheen

– Show Summary

Add a Caption

August 3, 2026 at 1:59 PM v5

▶ 7

[Verse 1]
I left the porch light on
For a heart that never came
Your boots by the mat
Still know my name

You said, "I'll call you back"
Like that meant anything
Now your goodbye hangs
From the screen door spring

[Pre-Chorus]
I ain't crying in my car
I ain't begging at your gate
But this little town
Keeps saying your name

[Chorus]

Write a comment

No comments yet!

Similar



The Table Where W
Brisk Acoustic Country
Talisha Sachlis
▶ 224



GL1tcH-The One Y..
brisk female vocals, sy
GloryKitty
▶ 63



More than blood
Upbeat country-fol...
♡rosella♡
▶ 5



Hell Yeah
Dark country with g...
LakotaWolf
▶ 7



DarkAster
Male voice, Dark K-...
DannyDos
▶ 40



Distrak Eddie Uchy
Dark, cheeky indie p...

Remix

Tailgate Dust

0:00 2:39