# EXHIBIT 18


Edit

# Feather Count

[redacted]
The Chicks 3
By [redacted]

Country-pop with driving two-step groove, handclaps on the backbeat, acoustic strum and tight bass walking under bright fiddle lifts; verse stays lean and storytelling, pre-chorus opens with harmony stacks and a rising snare roll, chorus hits in three-part vocal unison with clap accents and a short pedal-steel reply, Close-mic lead vocal, airy doubles on the hook, little yelps and gang shouts on repeats, polished and punchy with a warm Nashville gloss

– Show Summary

Add a Caption

August 3, 2026 at 2:05 PM v5.5

▶ 23

[Verse 1]
You parked by the feed store
In your blue jean shine
Said, "I won't be late"
Then you stole my time

You got that easy grin
And a mean left turn
Left a trail of feathers
And a porch light burn

[Pre-Chorus]
Now the hens got quiet
When you walk by
I should lock the gate
But I let you slide

[Chorus]

Write a comment

No comments yet!

Similar [redacted]


Until My Last Breat
Pop Country Rock wit
Will Ogden
▶ 92


Goodtime Hoedow
Pop Country Rock wit
Will Ogden
▶ 23


Dance A Country ...
High energy, Pop Cou
Will Ogden
▶ 23


Meet Me In The Ha
Pop Country Rock wit
Will Ogden
▶ 14


Maybe We Could B
Pop Country Rock wit
Will Ogden
▶ 158


Out of the Cycle
Genre: Country / P...

Remix


Feather Count
0:00 3:02

suno.com/create?wid=default

SUNO

Home

Explore

Create

Studio

Library

Hooks

Simple Advanced Sounds v5

+ Audio + Voice + Inspo

Song Description

The Chicks

+ Lyrics Instrumental

Workspaces > My Workspace

Search

Filters (3) Newest List Liked Public Uploads 1

Today




Feather Count v5.5

Country-pop with driving two-step groove, handclaps on the backbeat, acoustic strum and tight bass walking under bright fiddle lifts, verse stays lean and storytelling, pre...




Feather Count v5.5

Country-pop with driving two-step groove, handclaps on the backbeat, acoustic strum and tight bass walking under bright fiddle lifts, verse stays lean and storytelling, pre...