# EXHIBIT 19

Feather Count [redacted] Suno

https://suno.com/song/9ed70196-5857-4699-8818-2c87e76617ed?sh=IfUkMHOPWMzKAvHL

Duo Central | iManage | WL

SUNO

- Home
- Explore
- Create
- Studio
- Library
- Hooks
- [redacted]

- Earn Credits
- Labs
- Notifications
- More

Upgrade to Premier



Edit

# Feather Count

[redacted]

The Chicks 3
By [redacted]

Country-pop with driving two-step groove, handclaps on the backbeat, acoustic strum and tight bass walking under bright fiddle lifts; verse stays lean and storytelling, pre-chorus opens with harmony stacks and a rising snare roll, chorus hits in three-part vocal unison with clap accents and a short pedal-steel reply, Close-mic lead vocal, airy doubles on the hook, little yelps and gang shouts on repeats, polished and punchy with a warm Nashville gloss

– Show Summary

Add a Caption

August 3, 2026 at 2:20 PM v5.5

26

Have you driven a ford, lately?

Edit Displayed Lyrics

Write a comment

No comments yet!

Similar

Until My Last Breat
Pop Country Rock wit.
Will Ogden
92

Goodtime Hoedow
Pop Country Rock wit.
Will Ogden
23

Dance A Country ...
High energy, Pop Cou.
Will Ogden
23

Meet Me In The Ha
Pop Country Rock wit.
Will Ogden
14

Maybe We Could B
Pop Country Rock wit.
Will Ogden
158

Out of the Cycle
Genre: Country / P...

Remix

Feather Count
0:00 0:24

Feather Count [redacted] Suno × Feather Count [redacted] Suno ×

https://suno.com/song/856796a9-f9c6-4235-8fb8-dbf68d14617d?sh=hfMt59rdxsCXwgdP

Chat

Duo Central iManage WL

SUNO

- Home
- Explore
- Create
- Studio
- **Library**
- Hooks
- [redacted]



Edit

# Feather Count

[redacted]

The Chicks 3
By [redacted]

Country-pop with driving two-step groove, handclaps on the backbeat, acoustic strum and tight bass walking under bright fiddle lifts; verse stays lean and storytelling, pre-chorus opens with harmony stacks and a rising snare roll, chorus hits in three-part vocal unison with clap accents and a short pedal-steel reply, Close-mic lead vocal, airy doubles on the hook, little yelps and gang shouts on repeats, polished and punchy with a warm Nashville gloss

– Show Summary

Add a Caption

August 3, 2026 at 2:20 PM v5.5

▶ 9

Have you driven a ford, lately?

Edit Displayed Lyrics

Write a comment

No comments yet!

Similar



Until My Last Breat
Pop Country Rock wit
Will Ogden
▶ 92



Goodtime Hoedow
Pop Country Rock wit
Will Ogden
▶ 23



Dance A Country ...
High energy, Pop Cou
Will Ogden
▶ 23



Meet Me In The Ha
Pop Country Rock wit
Will Ogden
▶ 14



Maybe We Could B
Pop Country Rock wit
Will Ogden
▶ 158

Out of the Cycle
Genre: Country / P...

Remix

- Earn Credits
- Labs
- Notifications
- More

Upgrade to Premier

Feather Count

0:00 0:22