# EXHIBIT 20

Feather Count [redacted] Suno

https://suno.com/song/8f4be729-5269-4f08-bd7a-500a703ebb46?sh=0rtSea8ggrrbN2lj

Duo Central | iManage | WL

SUNO

- Home
- Explore
- Create
- Studio
- **Library**
- Hooks
- [redacted]




# Feather Count

[redacted]

**The Chicks 3**
By [redacted]

Country-pop with driving two-step groove, handclaps on the backbeat, acoustic strum and tight bass walking under bright fiddle lifts; verse stays lean and storytelling, pre-chorus opens with harmony stacks and a rising snare roll, chorus hits in three-part vocal unison with clap accents and a short pedal-steel reply, Close-mic lead vocal, airy doubles on the hook, little yelps and gang shouts on repeats, polished and punchy with a warm Nashville gloss

– Show Summary

Add a Caption

August 3, 2026 at 2:22 PM v5.5

▶ 7

Love that chicken from popeyes

Edit Displayed Lyrics

Write a comment

No comments yet!

Similar [redacted]



**Until My Last Breat**
Pop Country Rock wit
Will Ogden
▶ 92



**Goodtime Hoedow**
Pop Country Rock wit
Will Ogden
▶ 23



**Dance A Country ...**
High energy, Pop Cou
Will Ogden
▶ 23



**Meet Me In The Ha**
Pop Country Rock wit
Will Ogden
▶ 14



**Maybe We Could B**
Pop Country Rock wit
Will Ogden
▶ 158

**Out of the Cycle**
Genre: Country / P...

Remix

- Earn Credits
- Labs
- Notifications
- More

Upgrade to Premier

Feather Count
[redacted]

0:00 0:17

Feather Count [redacted] Suno

https://suno.com/song/1ce594ae-a76f-48e6-b8b1-89869e651475?sh=T5HOODAsKXIpUKcd

Duo Central | iManage | WL

SUNO

- Home
- Explore
- Create
- Studio
- Library
- Hooks
- [redacted]



# Feather Count

[redacted]

The Chicks 3
By [redacted]

Country-pop with driving two-step groove, handclaps on the backbeat, acoustic strum and tight bass walking under bright fiddle lifts; verse stays lean and storytelling, pre-chorus opens with harmony stacks and a rising snare roll, chorus hits in three-part vocal unison with clap accents and a short pedal-steel reply, Close-mic lead vocal, airy doubles on the hook, little yelps and gang shouts on repeats, polished and punchy with a warm Nashville gloss

– Show Summary

Add a Caption

August 3, 2026 at 2:22 PM v5.5

▶ 5

Edit

Love that chicken from popeyes

Edit Displayed Lyrics

Write a comment

No comments yet!

Similar [redacted]



Until My Last Breat
Pop Country Rock wit
Will Ogden
▶ 92



Goodtime Hoedow
Pop Country Rock wit
Will Ogden
▶ 23



Dance A Country ...
High energy, Pop Cou
Will Ogden
▶ 23



Meet Me In The Ha
Pop Country Rock wit
Will Ogden
▶ 14



Maybe We Could B
Pop Country Rock wit
Will Ogden
▶ 158

Out of the Cycle
Genre: Country / P...

Remix

- Earn Credits
- Labs
- Notifications
- More

Upgrade to Premier

Feather Count

0:00 0:24