# EXHIBIT 21

Glovebox Moonwalk [redacted] Sun

https://suno.com/song/2cf5b0cb-f523-4ba6-9b11-f64dda06497b?sh=TPsdunlUF6UglVfo

SUNO

- Home
- Explore
- Create
- Studio
- **Library**
- Hooks
- [redacted]



Edit

# Glovebox Moonwalk

[redacted]

1980s pop-funk dance track with crisp four-on-the-floor kick, slap bass bounce, guitar chanks, and bright synth stabs; verse rides a tight groove with handclaps and playful stops, pre-...

Add a Caption

August 24, 2026 at 7:48 PM v5

▶ 3

[Verse 1]
Midnight on the tile
White gloves on the dash
You turn and make me smile
Like a spark in a flash

Your shoes hit the floor
Soft steps, sharp and clean
Everybody wants more
When you move like a dream

[Pre-Chorus]
Hold that pose
Don't let go
Eyes on you
Ready now

[Chorus]
Glovebox moonwalk
Make the room talk
Glovebox moonwalk
You don't miss a beat

Write a comment

No comments yet!

- Earn Credits
- Labs
- Notifications
- More

**Upgrade to Premier**



Glovebox Moonwalk

[redacted]

0:00 2:46

Glovebox Moonwalk [redacted] Sun

https://suno.com/song/f345ee43-65ea-4709-a83e-cd10f197baf8?sh=O0xAIWK5e6Cd3Pnm

SUNO

- Home
- Explore
- Create
- Studio
- Library
- Hooks
- [redacted]




# Glovebox Moonwalk

[redacted]

1980s pop-funk dance track with crisp four-on-the-floor kick, slap bass bounce, guitar chanks, and bright synth stabs; verse rides a tight groove with handclaps and playful stops, pre-...

Add a Caption

August 24, 2026 at 7:48 PM v5

▶ 3

[Verse 1]
Midnight on the tile
White gloves on the dash
You turn and make me smile
Like a spark in a flash

Your shoes hit the floor
Soft steps, sharp and clean
Everybody wants more
When you move like a dream

[Pre-Chorus]
Hold that pose
Don't let go
Eyes on you
Ready now

[Chorus]
Glovebox moonwalk
Make the room talk
Glovebox moonwalk
You don't miss a beat

Write a comment

No comments yet!

- Earn Credits
- Labs
- Notifications
- More

Upgrade to Premier



Glovebox Moonwalk

[redacted]

0:00 2:44


Suno | AI Music
https://suno.com/create?wid=default
SUNO
Home
Explore
Create
Studio
Library
Hooks
Simple
Advanced
Sounds
v5.5
+ Audio
+ Voice
+ Inspo
Song Description
michaeljackson
+ Lyrics
Instrumental
Suggestions
virtuoso
energetic synths
smooth drums
tribal grooves
Workspaces > My Workspace
Search
Filters (3)
Newest
List
1
Today
Moonwalk Shoes
v5.5
Pop dance-pop with a tight four-on-the-floor groove, rubbery bass, handclap snaps, and staccato synth...
Moonwalk Shoes
v5.5
Pop dance-pop with a tight four-on-the-floor groove, rubbery bass, handclap snaps, and staccato synth...
Glovebox Moonwalk
v5
1980s pop-funk dance track with crisp four-on-the-floor kick, slap bass bounce, guitar chanks, and brig...
Glovebox Moonwalk
v5
1980s pop-funk dance track with crisp four-on-the-floor kick, slap bass bounce, guitar chanks, and brig...
Remix