# EXHIBIT 22

Back Alley Glide [redacted] Suno

https://suno.com/song/c559de58-1db4-40a7-a266-654a340be733?sh=zL6LBvUduaaJrUTk

SUNO

- Home
- Explore
- Create
- Studio
- Library
- Hooks
- [redacted]




# Back Alley Glide

[redacted]

Pop-funk with a slick mid-tempo groove, syncopated bassline, tight kick-snare pocket, and bouncy guitar chops; verse rides stripped drums and bass, pre-chorus opens with filtered claps and rising synth flickers, chorus hits with stacked hooks and gang doubles on the title phrase. Lead vocal stays close-mic and playful with ad-lib pings, reverse swells into each chorus, and a short brass stab before the drop. Bright, polished, punchy mix, smooth

– Show Summary

Add a Caption

August 9, 2026 at 10:54 PM v5

▶ 1

[Verse 1]
You move like trouble
In a clean white shirt
Hands in your pockets
Like you own the world

You cross that floor
With a crooked grin
One look from you
And I'm pulled right in

[Pre-Chorus]
I know that game
I know that stare
You take one step
And I'm halfway there

[Chorus]
Smooth criminal
(Smooth criminal)
You got my name

Write a comment

No comments yet!

- Earn Credits
- Labs
- Notifications
- More

Upgrade to Premier



Back Alley Glide

0:00 2:44

Back Alley Glide [redacted] Suno

https://suno.com/song/99f8b15b-bf44-4847-97fd-9964696e112a?sh=aiF2esLecnBu88sf

SUNO

- Home
- Explore
- Create
- Studio
- Library
- Hooks
- [redacted]



Edit

# Back Alley Glide

[redacted]

Pop-funk with a slick mid-tempo groove, syncopated bassline, tight kick-snare pocket, and bouncy guitar chops; verse rides stripped drums and bass, pre-chorus opens with filtered claps and rising synth flickers, chorus hits with stacked hooks and gang doubles on the title phrase, Lead vocal stays close-mic and playful with ad-lib pings, reverse swells into each chorus, and a short brass stab before the drop, Bright, polished, punchy mix, smooth

– Show Summary

Add a Caption

August 9, 2026 at 10:54 PM v5

▶ 1

[Verse 1]
You move like trouble
In a clean white shirt
Hands in your pockets
Like you own the world

You cross that floor
With a crooked grin
One look from you
And I'm pulled right in

[Pre-Chorus]
I know that game
I know that stare
You take one step
And I'm halfway there

[Chorus]
Smooth criminal
(Smooth criminal)
You got my name

Write a comment

No comments yet!

- Earn Credits
- Labs
- Notifications
- More

Upgrade to Premier



Back Alley Glide

0:00 2:44