# EXHIBIT 23

Smooth Criminal [redacted] Suno

https://suno.com/song/9af208ed-8960-49cb-b916-380bf8e12752?sh=ykYI33102r3xObI0

SUNO

- Home
- Explore
- Create
- Studio
- Library
- Hooks
- [redacted]



Edit

# Smooth Criminal

[redacted]

Dark pop with funk bass, tight syncopated drums, and a slippery minor-key guitar riff; verse rides a clipped, prowling groove, pre-chorus strips to handclaps and a pulsing sub, chorus hits with stacked gang vocals and a sharp synth stab on the title phrase, Lead vocal is close-mic and sly with whispered doubles, delay throws on key words, and short ad-lib responses in the hook, Ear candy: reversed cymbal swells into each chorus, a tape-stop flick before the bridge, and glassy chimes between lines, Mix is glossy, punchy, and tense, smooth

– Show Summary

Add a Caption

August 10, 2026 at 1:11 PM v5.5

▶ 1

[Verse 1]
You came in late, all grin and shine
Pocket full of tricks, but you took what's mine
Polished shoes on a dirty floor
You talk real sweet while you slip out the door

You got that charm like a loaded die
One look at you and the truth gets shy
Everybody stares when you cross that line
Cool as a blade in a clean white suit

[Pre-Chorus]
I should've known, I should've known
You don't move like the rest
Every step says danger
Every smile says "next"

[Chorus]
Smooth criminal
You got that glide
Smooth criminal

Write a comment

No comments yet!

- Earn Credits
- Labs
- Notifications
- More

Upgrade to Premier

Smooth Criminal

0:00 3:11

Suno | AI Music

suno.com/create?wid=default

SUNO

- Home
- Explore
- Create
- Studio
- Library
- Hooks

[redacted] ...

Simple Advanced Sounds v5

+ Audio + Voice + Inspo

Song Description

smooth criminal

+ Lyrics Instrumental

Suggestions

haunting female vocals | aggressive hip hop | darbouka | marc

Workspaces > My Workspace

Search | Filters (3) | Newest | List | Liked | Public | Uploads | 1

Today



**Velvet Hands** v5

Pop-funk with a swung, mid-tempo pocket and rubbery bassline, verse rides dry guitar chops and tight kick-snare, pre-chorus thins to handclaps and filtered keys, ch...



**Velvet Hands** v5

Pop-funk with a swung, mid-tempo pocket and rubbery bassline, verse rides dry guitar chops and tight kick-snare, pre-chorus thins to handclaps and filtered keys, ch...



**Smooth Criminal** v5.5

Dark pop with funk bass, tight syncopated drums, and a slippery minor-key guitar riff, verse rides a clipped, prowling groove, pre-chorus strips to handclaps and a pulsi...



**Smooth Criminal** v5.5

Dark pop with funk bass, tight syncopated drums, and a slippery minor-key guitar riff, verse rides a clipped, prowling groove, pre-chorus strips to handclaps and a pulsi...