# EXHIBIT 24

Tin Cup Psalm [redacted] Suno

https://suno.com/song/3bbc50cd-991f-4ad8-8fbb-f2c55e2c9e69?sh=Fwlw7rNn19nmERv6

Duo Central iManage WL

SUNO

- Home
- Explore
- Create
- Studio
- Library
- Hooks
- [redacted]



Edit

# Tin Cup Psalm

[redacted]

Blues rock with lurching swing, upright piano stabs, brushed drums, and a crooked bassline; verse rides smoky half-time with dry vocal close-up, pre-chorus strips to piano and handclaps, chorus hits with ragged gang doubles and barrelhouse chords, Add harmonica bends, chair-squeak textures, and a tape-worn intro swell, Mix is gritty, wide, and tavern-close

– Show Summary

Add a Caption

April 21, 2026 at 12:12 AM v5.5

▶ 7

[Verse 1]
You left your coat on the hook
Got mud on your cuffs again
Your pocket full of church keys
And a matchbook full of rain
You grin like a busted latch
I know that look too well
You been sleeping in a bus station
On a bench in a cheap motel

[Pre-Chorus]
But you come back anyway
With your shoes all split in two
You got a wolf in your grin
And a prayer that cuts right through

[Chorus]
Tin cup psalm, tin cup psalm
(ring it out)
Tin cup psalm, tin cup psalm
You sing it rough and true

Write a comment

No comments yet!

Similar [redacted]



Why'd I ever love y..
Hard rock with blues r.
studioron13
▶ 193



Whiskey Ain't a Cur
indie folk rock with blu.
BorkyTheBro
▶ 235



Don't Dwindle on th
blues rock with a grea.
King Sugarbusl
▶ 240



Explorer Blues
Blues wit rock vibes
Backbeat Bl...
▶ 40



WE RULED THE W
Blues rock trio with fuz
mariandharmo
▶ 2



【5.5Ver】PUNK R
J-Rock track with blue

Remix

- Earn Credits
- Labs
- Notifications
- More

Upgrade to Premier

Tin Cup Psalm

0:00 4:03