# EXHIBIT 25

Gravel in Your Coffee [redacted] Sur

https://suno.com/song/f8210f40-6565-44ed-945d-79884c4102cb?sh=Hy4gAxiQamep35tw

Duo Central | iManage | WL

SUNO

- Home
- Explore
- Create
- Studio
- Library
- Hooks
- [redacted]



Edit

# Gravel in Your Coffee

[redacted]

Dusty barroom blues with upright piano, brushed snare, and wheezing accordion; male vocals half-sung, half-growled, Verses stagger in slow and smoky, chorus leans into a boozy shout-...

Add a Caption

February 9, 2026 at 2:56 PM v4.5-all

▶ 7

[Verse 1]
Ashtray sunrise
Stuck to my sleeve
Cold eggs
Warm gin
No plans to leave
The jukebox died
On a losing hand
Now it's just me and the mop
And the sawdust sand

[Chorus]
Gravel in your coffee
Rust in your rain
You learn to sip it slow
When you live with the stain
If the heart keeps ticking
On this borrowed chain
Pour another bad idea
And bless the pain

Write a comment

No comments yet!

Similar [redacted]



It's a woman's world
country rock, deep b...
Dj Planet
▶ 29



Texas boots
folk-bluesgrass, du...
Something ...
▶ 10



Train Wreck
folk, dusty barroom...
Something ...
▶ 8



Букет и пена
Playful mid-tempo ...
Elena Goubar
▶ 12



Букет и пена
Playful mid-tempo ...
Elena Goubar
▶ 12



Я пишу для вас пе.
blues, barroom blues, .

Remix

- Earn Credits
- Labs
- Notifications
- More

Upgrade to Premier

Gravel in Your Coffee

0:00 3:50

Suno | AI Music

suno.com/create

Install

Google Chrome isn't your default browser Set as default

SUNO

jiccc
40 credits

- Home
- Create
- Studio
- Library
- Search
- Hooks + Create
- Notifications

40 | Simple | Custom | v4.5-all

**Give any song your own spin**

Remix



Song Description

tomwaits

+ Audio + Lyrics Instrumental

Inspiration

+ rock + deeply + tiefer bass + power ballade

Workspaces > My Workspace

Search | Filters (3) | Newest | Liked | Public | Uploads | 1



**Gravel in Your Coffee** v4.5-all
Dusty barroom blues with upright piano, brushed snare, and wheezing accordion; male vocals half-sung, half-growle...



**Gravel in Your Coffee** v4.5-all
Dusty barroom blues with upright piano, brushed snare, and wheezing accordion; male vocals half-sung, half-growle...
Remix/Edit



3:40

**Gravel in My Coffee** v4.5-all
Smoky barroom shuffle with brushed drums, upright bass, and detuned saloon piano; male vocals worn and raspy, cl...



4:19

**Gravel in My Coffee** v4.5-all
Smoky barroom shuffle with brushed drums, upright bass, and detuned saloon piano; male vocals worn and raspy, cl...



0 | 0 | 0

## Gravel in Your Coffee

Add a Caption

Remix/Edit

Dusty barroom blues with upright piano, brushed snare, and wheezing accordion; male vocals half-sung, half-growled. Verses stagger in slow and smoky, chorus leans into a boozy shout-along with gang vocals and clinking-glass ambience. Late-bridge



▶ 7 | 👍 0 | 💬 0

# Gravel in Your Coffee

Add a Caption

Remix/Edit

Styles

Dusty barroom blues with upright piano, brushed snare, and wheezing accordion; male vocals half-sung, half-growled. Verses stagger in slow and smoky, chorus leans into a boozy shout-along with gang vocals and clinking-glass ambience. Late-bridge modulation from a cracked trumpet and creaky bass for a crooked, carnival-after-closing feel.

Show More

[Verse 1]
Ashtray sunrise
Stuck to my sleeve
Cold eggs
Warm gin
No plans to leave
The jukebox died
On a losing hand
Now it's just me and the mop