# EXHIBIT 26

Paper Crown [redacted] Suno

https://suno.com/song/eca58343-85d2-4b65-89ba-11f8e6963306?sh=wluRea3VjTHqjMjD

Duo Central | iManage | WL

SUNO

- Home
- Explore
- Create
- Studio
- **Library**
- Hooks
- [redacted]

- Earn Credits
- Labs
- Notifications
- More

**Upgrade to Premier**



Edit

# Paper Crown

[redacted]

Pop with midtempo four-on-the-floor pulse, crisp handclaps, bouncing guitar plucks, and glossy synth lifts; verse stays intimate and close-mic, pre-chorus strips to drum taps and vocal stacks, chorus opens with wide harmony and a chantable lift, Breathy lead vocal with doubled hooks, little delay throws on last words, reversed swells into the pre, sparkling top-line chimes between phrases, Bright, polished, emotionally direct mix

– Show Summary

Add a Caption

April 21, 2026 at 3:12 PM v5.5

▶ 10

[Verse 1]
I saw your name in the glass
On a page I meant to burn
You left your coat by the door
Like you knew I'd wait my turn
Now the house feels too still
Too much room for the rain
I trace your old hello
On the edge of my brain

[Pre-Chorus]
And I tried to let it go
Tried to make my heart behave
But it circles back to you
Like a train on one track lane

[Chorus]
You wore my paper crown
You tore it down, you tore it down
I still say your name out loud

Write a comment

No comments yet!

Similar [redacted]



I Choose You Every
emale vocals, bass, Re
LusH
▶ 40



My First Love
pop, Moody midte...
Hondo Barn...
▶ 23



I Forgot To Forget
# Suno Style Prom...
JimiSwede
▶ 2



COM'È BELLA LA..
nur weibliche stimme ..
EmiliaEmi
▶ 207



Ich hatte mein Leb..
Midtempo alt-pop with
Klotz Beatz
▶ 62



Left me in Pieces
Pop R&B with midt...

Remix

Paper Crown

0:00 2:41