# EXHIBIT 27

Paper Cup Crown by [redacted] | Suno

https://suno.com/song/b3865fa7-b6c7-42a1-a18b-f19576296a65?sh=XHAOTZ2LUjUvICp4

Duo Central | iManage | WL

SUNO

- Home
- Explore
- Create
- Studio
- Library
- Hooks
- [redacted]

- Earn Credits
- Labs
- Notifications
- More

Upgrade to Premier



Edit

# Paper Cup Crown

[redacted]

Pop with glossy acoustic-guitar pulse and tight four-on-the-floor drums; verse starts intimate and conversational, pre-chorus lifts with stacked harmonies and a filtered synth swell, chorus opens wide with clapped backbeat and a chantable hook. Breathier lead vocal with double-tracked choruses, little delay throws on the last word of each line, and a final lift with handclaps, shimmer chimes, and bright polished mix

– Show Summary

Add a Caption

August 14, 2026 at 2:13 PM v5.5

▶ 2

[Verse 1]
You left a note on my screen
Said, "Don't wait up for me"
I read it twice by the sink
With cold tea at my knees

Your hoodie on my chair
Still smells like rain and gas
I tried to toss it out
But I pulled it back

[Pre-Chorus]
And I hate how easy
You fit in my day
One look and I'm folding
All over again

[Chorus]
Paper cup crown
You made me wear it

Write a comment

No comments yet!

Preparing your mp3...
This may take a few seconds.

Similar | [redacted]

- Sick Of You — Glossy, upbeat dan... — Kara Hawkins — ▶ 23
- Perfection Bypass — High-energy glitch-... — Kristian Cliff... — ▶ 119
- Leave My Orbit — I edited the lyrics, K... — Backbeat Bl... — ▶ 245
- Perfection Bypass — High-energy glitch-... — Kristian Cliff... — ▶ 71
- Nunca Ames A Una — pop, synth-driven with — Oscar Ibarra Fl. — ▶ 20
- Dream Catcher — Pop-balle, timpo dr...

Remix

Paper Cup Crown 0:00 2:53



SUNO
Home
Explore
Create
Studio
Library
Hooks
Simple
Advanced
Sounds
v5
+ Audio
+ Voice
+ Inspo
Song Description
TaylorSwift
+ Lyrics
Instrumental
Workspaces > My Workspace
Search
Filters (3)
Newest
List
Liked
Public
Uploads
1
Today
Paper Cup Crown
v5.5
Pop with glossy acoustic-guitar pulse and tight four-on-the-floor drums; verse starts intimate and conversational, pre-chorus lifts with stacked harmonies and a filtered s
Paper Cup Crown
v5.5
Pop with glossy acoustic-guitar pulse and tight four-on-the-floor drums; verse starts intimate and conversational, pre-chorus lifts with stacked harmonies and a filtered s