# EXHIBIT 28

24K Trouble [redacted] Suno

https://suno.com/song/bfb09215-2d24-460f-930e-8cc62fe8a7d0?sh=PdDNhFhN01B1KFMM

Duo Central | iManage | WL

SUNO

- Home
- Explore
- Create
- Studio
- Library
- Hooks
- [redacted]



Edit

# 24K Trouble

[redacted]

Pop-funk with glossy disco guitar, tight four-on-the-floor kick, rubbery bass, handclaps on the backbeat, and snappy horn hits in the chorus; verse rides a clipped groove with playful talk-sung phrasing, pre-chorus strips to bass and snapped fingers, chorus opens wide with stacked doubles and gang ad-libs, Add risers into each lift, a short tape-stop before the final hook, and bright punchy mix with polished top-end sparkle

– Show Summary

Add a Caption

May 5, 2026 at 2:28 PM v5.5

▶ 5

[Verse 1]
Step in with the grin
Gold chain, broken plan
You say you're trouble
I say, "That's my brand"

Pocket full of sparks
Shoes clean, heart loud
You move like a rumor
Through the whole damn crowd

[Pre-Chorus]
Don't slow down
Keep that pulse on me
One more look
And you got me free

[Chorus]
24K trouble
Yeah, you know I like that

Write a comment

No comments yet!

Similar [redacted]



Confissões (C3V)
R&B, glossy pop, fu...
Jojo Garcia
▶ 23



This Song Is About
Christmas, glossy pop
Jojo Garcia
▶ 18



Vale o Risco
R&B, glossy pop, fu...
Jojo Garcia
▶ 9



Rendição
R&B, glossy pop, fu...
Jojo Garcia
▶ 9



Forbidden Desire
R&B, glossy pop, fu...
Jojo Garcia
▶ 8



Permitido
R&B, glossy pop, fu...

Remix

- Earn Credits
- Labs
- Notifications
- More

Upgrade to Premier

24K Trouble

0:00 2:37


Suno | AI Music
suno.com/create
SUNO
[redacted]
Upgrade to Premier
Home
Explore
Create
Simple
Advanced
Sounds
v5.5
Song Description
brunomars
+ Audio
+ Lyrics
Instrumental
Inspiration
Workspaces > My Workspace
Search
Filters (3)
Newest
Liked
Public
24K Trouble
v5.5
Pop-funk with glossy disco guitar, tight four-on-the-floor kick, rubbery bass, handclaps on the backbeat, and snappy horn hits in the chorus; verse rides a clipped groove with play...
24K Trouble
v5.5
Pop-funk with glossy disco guitar, tight four-on-the-floor kick, rubbery bass, handclaps on the backbeat, and snappy horn hits in the chorus; verse rides a clipped groove with play...