# EXHIBIT 29

Perreo de Frente [redacted] Suno

https://suno.com/song/a84d576f-e770-4198-bdaa-73dddf0b8d37?sh=WaBQZXz6PuRErkwS

Duo Central | iManage | WL

SUNO

- Home
- Explore
- Create
- Studio
- Library
- Hooks
- [redacted]

- Earn Credits
- Labs
- Notifications
- More

Upgrade to Premier



Edit

# Perreo de Frente

[redacted]

Reggaeton urbano with dembow-locked kick pattern and clipped rimshots; verse rides sparse bass, hand drums, and a filtered synth guitar; pre-chorus lifts with snare rolls and stacked responses; chorus hits wide with brass stabs, party chants, and octave-up ad-libs, Lead vocal stays close-mic and playful, with doubles on punchlines, ear-candy delay throws on the last word, reversed swells into each drop, and a glossy punchy mix

– Show Summary

Add a Caption

June 1, 2026 at 11:58 AM v5.5

▶ 2

[Verse 1]
Llegas tarde, pero llegas tú
con esa cara de "hazme caso"
yo tenía planes, los tiré al suelo
cuando dijiste "ven, no me dejes solo"

Tu mensaje prende el cuarto
y yo me pego sin pensar
tú haces ruido con mirarme
y yo me dejo llevar

[Pre-Chorus]
Súbete, súbete
que esta noche no se explica
si tú me llamas así
la culpa se justifica

Súbete, súbete
que la puerta ya está abierta
yo no vine a dormir

Write a comment

No comments yet!

Similar [redacted]



PAPI CHULOOO
Explosive modern ...
Breyden Ra...
▶ 204



El Valiente
Explosive modern ...
Breyden Ra...
▶ 182



SIN PERMISO
Explosive modern ...
Breyden Ra...
▶ 109



Mueve La Cadera
Reggaeton urbano ...
bvalero215
▶ 16



A Media Luz
Authentic early-20...
ORBAM Mu...
▶ 10



Esa Curiosidad
Reggaeton urbano ...

Remix

Perreo de Frente

0:00 3:12


suno.com/create
All Bookmarks
SUNO
Upgrade to Premier
Home
Explore
Create
Studio
Library
Hooks
Notifications
Simple
Advanced
Sounds
v5.5
+ Audio
+ Voice New
+ Inspo
Song Description
badbunny
+ Lyrics
Instrumental
Suggestions
high-speed
minimalist production
deep bass beats
melodi
Workspaces > My Workspace
Search
Filters (3)
Newest
Liked
Public
Uploads
1
Perreo de Frente v5.5
Reggaeton urbano with dembow-locked kick pattern and clipped rimshots; verse rides sparse bass, hand drums, and a filtered synth guitar; pre-chorus lifts with snare rolls and stacke...
Remix
Perreo de Frente v5.5
Reggaeton urbano with dembow-locked kick pattern and clipped rimshots; verse rides sparse bass, hand drums, and a filtered synth guitar; pre-chorus lifts with snare rolls and stacke...
Dale Pa'ca v2
Reggaeton / Latin Trap / Latin Pop hybrid with dembow-locked percussion, swung syncopation, and trap hi-hat rolls; verse rides sparse kicks, bass, and clipped synth plucks; pre-chor...
1:20
Dale Pa'ca v2
Reggaeton / Latin Trap / Latin Pop hybrid with dembow-locked percussion, swung syncopation, and trap hi-hat rolls; verse rides sparse kicks, bass, and clipped synth plucks; pre-chor...
1:20
Remix