# EXHIBIT 30

Blue Bandana [redacted] Suno

https://suno.com/song/9b6f6ae7-6c0b-4caf-8c6b-a709855f3563?sh=VpR0UMpFTn9jlxLN

Duo Central | iManage | WL

SUNO

- Home
- Explore
- Create
- Studio
- Library
- Hooks
- [redacted]



Edit

# Blue Bandana

[redacted]

West Coast funk-rap with laid-back swung drums, rubbery slap bass, wah guitar ticks, and a head-nodding midtempo bounce; verse rides sparse drums and bass with close-mic lead, pre-chorus adds handclaps and filtered backing chants, chorus hits with gang vocals, syncopated synth stabs, and short delay throws on the hook name, Vinyl crackle opens, risers slide into the chorus, and a talkbox-style ad-lib pops between lines, Bright, warm, and glossy with a sun-faded edge

– Show Summary

Add a Caption

April 20, 2026 at 11:58 PM v5.5

▶ 5

[Verse 1]
You came in clean
Blue bandana low
Cadillac glide
On a slow-roll road
Gold on your wrist
Cool in your grin
Everybody turn
When you pull up in

[Pre-Chorus]
Yeah, you got that sway
Make the whole room lean
One look from you
Turn a hard day sweet
Step by step
You own that lane
Say it once, baby
Say that name

🔥 😍 😱 🙌 👍 😎 🥵 +

Write a comment

No comments yet!

Similar [redacted]



Ridin' on the Boule..
1990s west coast hip h
Carlos Garcia
▶ 45



California Ridin
1990s west coast h...
Carlos Garcia
▶ 28



Butter Off The Cob
Smooth, low-key We...
Newboy Gre...
▶ 18



Pressure
West Coast funk-in...
IndigoQuest...
▶ 29



Built For This
Smooth West Coas...
Wendy Han...
▶ 23



Snoopy forever
nate dog hip hop, g...

Remix

- Earn Credits
- Labs
- Notifications
- More

Upgrade to Premier

Blue Bandana

0:00 2:34

Suno | AI Music

suno.com/create

SUNO

[redacted]

Upgrade to Premier

Home

Explore

Create

Simple Advanced Sounds v5.5

Song Description

snoop dogg

+ Audio + Lyrics Instrumental

Inspiration

Workspaces > My Workspace

Search

Filters (3) Newest Liked Public

Blue Bandana v5.5

West Coast G-funk with a laid-back midtempo bounce, rubbery bass guitar, crisp snares, and clipped funk guitar chops; verse rides cool and sparse with talky melodic phrasing, p...

Blue Bandana v5.5

West Coast G-funk with a laid-back midtempo bounce, rubbery bass guitar, crisp snares, and clipped funk guitar chops; verse rides cool and sparse with talky melodic phrasing, p...

Blue Bandana [redacted] Suno

https://suno.com/song/77a9d0ea-afff-432b-bee7-f65d4c7b7a05?sh=dqnl9UoytHOuksY3

SUNO

Home

Explore

Create

Studio

Library

Hooks

[redacted]

Earn Credits

Labs

Notifications

More

Upgrade to Premier



Edit

# Blue Bandana

[redacted]

West Coast G-funk with a laid-back midtempo bounce, rubbery bass guitar, crisp snares, and clipped funk guitar chops; verse rides cool and sparse with talky melodic phrasing, pre-chorus opens into stacked ooh harmonies, chorus drops with gang vocals and a sticky chant, Add tape hiss, whistle flourishes, and a brief turntable scrape before the final hook, Bright, sunlit, and slickly polished

– Show Summary

Add a Caption

May 5, 2026 at 2:33 PM v5.5

▶ 3

[Verse 1]
Roll up slow, let it glide
Blue bandana on my side
Gold on the wrist, cold in the shade
I move like I already made it

Palm trees lean when I pass by
Clean on the sleeve, sharp in the eye
Backseat full of Friday plans
I don't chase it, I just let it land

[Pre-Chorus]
Easy does it
That's my way
Move real smooth
Then I stay

Easy does it
Keep that grin
Let the whole room
Pull me in

Write a comment

No comments yet!



Blue Bandana

0:09 2:37

Blue Bandana [redacted] Suno

https://suno.com/song/c14e0b35-dd52-4f15-8d59-7945946eb599?sh=JFjfjYMBARF0dBAd

SUNO

- Home
- Explore
- Create
- Studio
- Library
- Hooks
- [redacted]



Edit

# Blue Bandana

[redacted]

West Coast G-funk with a laid-back midtempo bounce, rubbery bass guitar, crisp snares, and clipped funk guitar chops; verse rides cool and sparse with talky melodic phrasing, pre-chorus opens into stacked ooh harmonies, chorus drops with gang vocals and a sticky chant, Add tape hiss, whistle flourishes, and a brief turntable scrape before the final hook, Bright, sunlit, and slickly polished

– Show Summary

Add a Caption

May 5, 2026 at 2:33 PM v5.5

4

[Verse 1]
Roll up slow, let it glide
Blue bandana on my side
Gold on the wrist, cold in the shade
I move like I already made it

Palm trees lean when I pass by
Clean on the sleeve, sharp in the eye
Backseat full of Friday plans
I don't chase it, I just let it land

[Pre-Chorus]
Easy does it
That's my way
Move real smooth
Then I stay

Easy does it
Keep that grin
Let the whole room
Pull me in

Write a comment

No comments yet!

- Earn Credits
- Labs
- Notifications
- More

Upgrade to Premier

Blue Bandana

0:13 2:30