# EXHIBIT 31

Lonnie Rashid Lynn [redacted] Suno

https://suno.com/song/7a45573d-5299-4d7a-845a-fabab0e98634?sh=UbHQNxhnORhip4IC

SUNO

Home
Explore
Create
Studio
Library
Hooks
[redacted]



Edit

# Lonnie Rashid Lynn

[redacted]

Boom-bap hip-hop with a head-nodding swung drum pocket, warm bass, dusty piano stabs, and chopped soul vocal shards; verse rides sparse with tight kick-snare and conversational cadences, pre-chorus lifts with rising strings and doubled rhyme tails, chorus hits with stacked gang vocals on the name, Close-mic lead with crisp doubles, delay throws on the last word of each hook, vinyl crackle and reverse-swell transitions, bright punchy mix with a gritty old-school edge

– Show Summary

Add a Caption

August 14, 2026 at 2:21 PM v5.5

▶ 5

[Verse 1]
Lonnie in the frame, clear as a hard-earned name
Rashid on the badge, Lynn on the front of the flame
Paper on the desk, but the heart stay loud
Step in the room and the room feel proud
From the first block step to the last good word
You was built from the ground where the truth got heard

[Pre-Chorus]
Say it slow, let it land
Three names, one man
Every scar tell a plan
Every move got hands

[Chorus]
Lonnie Rashid Lynn
Say it like a hymn
Lonnie Rashid Lynn
Let the whole block in
Lonnie Rashid Lynn
Strong from within

Write a comment

No comments yet!

Earn Credits
Labs
Notifications
Privacy and more
Upgrade to Premier

Lonnie Rashid Lynn

0:00 2:51


Suno | AI Music
suno.com/create?wid=default
SUNO
Home
Explore
Create
Studio
Library
Hooks
Simple
Advanced
Sounds
v5
+ Audio
+ Voice
+ Inspo
Song Description
Lonnie Rashid Lynn
+ Lyrics
Instrumental
Suggestions
eerie strings
korean pop
no autotune
thumping beat
Workspaces > My Workspace
Search
Filters (3)
Newest
List
Liked
Public
Uploads
1
Today
Lonnie Rashid Lynn v5
Boom-bap hip-hop with warm jazz-chop samples, laid-back swung drums, and a dusty upright bass pulse; verse rides sparse kicks, snare, and clipped horn stabs, pre...
2:39
Lonnie Rashid Lynn v5
Boom-bap hip-hop with warm jazz-chop samples, laid-back swung drums, and a dusty upright bass pulse; verse rides sparse kicks, snare, and clipped horn stabs, pre...
3:08
Rashid On The Page v5.5
Hip-hop boom-bap with swung drums, dusty piano stabs, and a warm upright bass pulse; verse rides sparse kick, snare, and chopped vinyl crackle, pre-chorus opens...
3:06
Rashid On The Page v5.5
Hip-hop boom-bap with swung drums, dusty piano stabs, and a warm upright bass pulse; verse rides sparse kick, snare, and chopped vinyl crackle, pre-chorus opens...
3:03