# EXHIBIT 32

Back Door Bounce [redacted] Suno

https://suno.com/song/54cad3f2-4115-4d4c-bca0-a3b6f4377448?sh=nF4n961nd2EWWYrU

SUNO

Home
Explore
Create
Studio
Library
Hooks
[redacted]



Edit

# Back Door Bounce

[redacted]

Drill with sliding 808s, skittering hi-hats, and tense minor-key keys; verse rides sparse drums and blunt bass, pre-chorus tightens with snare rolls and rising synth pressure, chorus hits half-time with gang ad-libs and a clipped chant, Close-mic male vocals, dry and aggressive in verses, doubled on the hook, with reverse swells into each drop and a bright, punchy mix

– Show Summary

Add a Caption

August 7, 2026 at 11:08 AM v5

▶ 6

[Verse 1]
I came up quick, no speech
Just a look and the room go weak
New pair creaks on the floor
I don't ask, I take the score

Cold hand, warm cash
Fast talk, then the brakes go past
My name ring once, then twice
Then the whole block know that price

[Pre-Chorus]
Hold that line
Don't blink now
They watch when I move
They freeze out loud

One step back
Then I slide through
If you want that smoke
You know what I do

Write a comment

No comments yet!

Earn Credits
Labs
Notifications
Privacy and more
Upgrade to Premier

Back Door Bounce
[redacted]

0:00 2:14