# EXHIBIT 33

North Wind Charts [redacted] Suno

https://suno.com/song/b1248496-50fb-4d18-a4e0-43abfdb2f354?sh=v1Wuq33lkd9trFAB

Duo Central | iManage | WL

SUNO

- Home
- Explore
- Create
- Studio
- Library
- Hooks
- [redacted]



Edit

# North Wind Charts

[redacted]

Jazz orchestra with spacious 6/8 pulse, elastic swing feel, and rich harmonic motion; verse-like passages feature muted brass over reed soli and brushed drums, the middle section opens into a soaring trumpet-cello unison, and the ending returns to a hushed ensemble cadence with bass clarinet color, Soft mallet rolls, breathy horn swells, and a held cymbal shimmer bridge the sections, Wide, warm, and elegantly detailed mix

– Show Summary

Add a Caption

May 6, 2026 at 12:12 AM v5.5

▶ 16

[Instrumental]

Edit Displayed Lyrics

Write a comment

No comments yet!

Similar

- 蒼い夜 — Big band jazz with ... — Yoshi-K — ▶ 32
- Let Music in My He. — jazz with orchestra an. — iniangaomiela — ▶ 4
- Let Music in My He. — jazz with orchestra an. — iniangaomiela — ▶ 7
- 4'✅✅✅✅KAP. — SOUL JAZZ, FULL OR — Boy Christophe — ▶ 4
- 7'✅✅KAPAG U... — SOUL JAZZ, FULL OR — Boy Christophe — ▶ 4
- 3'✅✅✅✅✅K — SOUL JAZZ, FULL OR

Remix

- Earn Credits
- Labs
- Notifications
- More

Upgrade to Premier

North Wind Charts

0:00 2:42

Suno | AI Music

suno.com/create

All Bookmarks

SUNO

[redacted]

Upgrade to Premier

Home

Explore

Create

Simple | Advanced | Sounds

v5.5

Song Description

Maria Schneider Orchestra

+ Audio  + Lyrics  Instrumental

Inspiration

Workspaces > My Workspace

Search

Filters (3)

Newest

1




North Wind Charts v5.5

Jazz orchestra with spacious 6/8 pulse, elastic swing feel, and rich harmo...




North Wind Charts v5.5

Jazz orchestra with spacious 6/8 pulse, elastic swing feel, and rich harmo...