# EXHIBIT 34

Paper Kite Suite [redacted] Suno

https://suno.com/song/9e4f8422-b1d2-485c-8a85-f889ab4d9b46?sh=6SHE3qhTHQVoD2aF

Duo Central iManage WL

Chat

SUNO

- Home
- Explore
- Create
- Studio
- Library
- Hooks
- [redacted]



Edit

# Paper Kite Suite

[redacted]

Jazz orchestra, slow-swinging and spacious with warm horn voicings, supple bass clarinet lines, brushed drums, and elastic rubato phrases; verse-like sections stay airy and chamber-like, the middle opens with rising brass clusters and a full-band swell, then the final passage narrows to solo woodwind over soft ensemble pads. Subtle trumpet mutes, harp glissando lifts, and faint cymbal shimmers thread the transitions. Wide, luminous, and meticulously balanced mix

– Show Summary

Add a Caption

August 14, 2026 at 2:17 PM v5

▶ 4

[Instrumental]

Edit Displayed Lyrics

Write a comment

No comments yet!

Similar



Si ttroppa bbella p..
Generate a jazz promp
g_terrestre1
▶ 20



Midnight in Blue
Generate a jazz pro...
g_terrestre1
▶ 20



Si ttroppa bbella p..
Generate a jazz promp
g_terrestre1
▶ 14



Senza 'nà meta (Ja.
Generate a jazz promp
g_terrestre1
▶ 20



0.5秒の眩暈(HIRO.
46-year-old female vo.
Leon-k
▶ 126



Senza 'nà meta (du.
Generate a jazz promp

Remix

- Earn Credits
- Labs
- Notifications
- More

Upgrade to Premier

Paper Kite Suite

0:00 1:54


SUNO
Home
Explore
Create
Studio
Library
Hooks
Simple
Advanced
Sounds
v5
+ Audio
+ Voice
+ Inspo
Song Description
Maria Schneider Orchestra
+ Lyrics
Instrumental
Suggestions
slow-paced
indonesian
dark opera
clean female vocal
Workspaces > My Workspace
Search
Filters (3)
Newest
List
Liked
Public
Uploads
1
Today
Lush Horizons
Paper Swans
Paper Kite Suite
v5
Paper Kite Suite
v5