# EXHIBIT 35

Paper Swans [redacted] Suno | Lush Horizons [redacted] Suno

https://suno.com/song/b31f51f8-8f69-400b-b9ba-999cb749ced3?sh=25LkmyLQPzNupVzN

Duo Central | iManage | WL

SUNO

- Home
- Explore
- Create
- Studio
- **Library**
- Hooks
- [redacted]



Edit

# Paper Swans

[redacted]

Jazz orchestra with lush chord voicings, supple swing pulse, and a slow-burning rubato opening that opens into brushed drums and rich brass countermelodies; intro blooms from solo flugelhorn and woodwind haze, verse-like passages pass the line through saxes and muted trombones, the middle lifts with full ensemble call-and-response, and the ending settles into a soft, suspended coda, Close, detailed balance with a warm concert-hall bloom, airy highs, and velvety low brass

– Show Summary

Add a Caption

August 14, 2026 at 2:17 PM v5.5

▶ 2

[Instrumental]

Edit Displayed Lyrics

🔥 😍 😱 🙌 👍 😎 🥵 +

Write a comment

No comments yet!

Similar [redacted]



蒼い夜
Big band jazz with ...
Yoshi-K
▶ 32



Let Music in My He.
jazz with orchestra an.
iniangaomiela
▶ 4



Let Music in My He.
jazz with orchestra an.
iniangaomiela
▶ 7



4'✅✅✅✅KAP.
SOUL JAZZ, FULL OR
Boy Christophe
▶ 4



7'✅✅KAPAG U...
SOUL JAZZ, FULL OR
Boy Christophe
▶ 4



3'✅✅✅✅✅K
SOUL JAZZ, FULL OR

Remix

- Earn Credits
- Labs
- Notifications
- More

Upgrade to Premier



Paper Swans

0:00 3:01


SUNO
Home
Explore
Create
Studio
Library
Hooks
Simple
Advanced
Sounds
v5
+ Audio
+ Voice
+ Inspo
Song Description
Maria Schneider Orchestra
+ Lyrics
Instrumental
Suggestions
slow-paced
indonesian
dark opera
clean female vocal
Workspaces › My Workspace
Search
Filters (3)
Newest
List
Liked
Public
Uploads
1
Today
Lush Horizons
Paper Swans
Paper Kite Suite
Paper Kite Suite