# EXHIBIT 36

Lush Horizons [redacted] Suno

https://suno.com/song/169f3ba6-5343-4bff-8f28-a173af8ac414?sh=tXEY85DyqtMBB5hV

Duo Central | iManage | WL

Chat

SUNO

- Home
- Explore
- Create
- Studio
- Library
- Hooks
- [redacted]

- Earn Credits
- Labs
- Notifications
- More

Upgrade to Premier



Edit

# Lush Horizons

[redacted]

modern orchestral jazz, large ensemble composition, lush woodwind textures, intricate harmonic arrangements, shifting meters, lyrical brass writing, expansive dynamic range, collaborative improvisational spirit

– Show Summary

Add a Caption

August 14, 2026 at 2:17 PM v5.5

▶ 2

[Instrumental]

Edit Displayed Lyrics

Write a comment

No comments yet!

Similar [redacted]





Spectrum of the An
instrumental, cinemati.
Neviim
▶ 12



La Tour Eiffel
**"GENRE: cinema...
Gaia Memor...
▶ 32





OTT VAGY
Cinematic orchestr...
Expressionl...
▶ 6



Jazz Suite "24 Hou.
Instrumental modern c
Alex Timo
▶ 14



Opus. 27
Breathy soft young...
Aloemone
▶ 9



어느 노신사의 고백
모던 챔버 소울 × 녹...

Remix



Lush Horizons

0:00 3:21


SUNO
Home
Explore
Create
Studio
Library
Hooks
Simple
Advanced
Sounds
v5
+ Audio
+ Voice
+ Inspo
Song Description
Maria Schneider Orchestra
+ Lyrics
Instrumental
Suggestions
slow-paced
indonesian
dark opera
clean female vocal
Workspaces > My Workspace
Search
Filters (3)
Newest
List
Liked
Public
Uploads
1
Today
Lush Horizons
Paper Swans
Paper Kite Suite
v5
Paper Kite Suite
v5