# EXHIBIT 37

Baila Sin Miedo [redacted] Suno

https://suno.com/song/0cbd99fd-287d-4a17-89d3-f2d40934b9c1?sh=enj1f3rk965LSWEc

Duo Central · iManage · WL

SUNO

- Home
- Explore
- Create
- Studio
- **Library**
- Hooks
- [redacted]




# Baila Sin Miedo

[redacted]

Salsa with live congas, tumbao piano, brass punches, and a percussive 2-3 feel; verse rides tight bass and claves, pre-chorus strips to hand percussion and tumbling vocal lines, chorus hits with full horn stabs and call-and-response gang vocals, Lead vocal is warm and rhythmic with short doubles, playful ad-libs, and delay throws on the hook, Timbale fills, guiro chatter, and a reverse horn swell into the chorus, all in a bright, crowded club mix with glossy low end, salsa, latin

– Show Summary

Add a Caption

June 1, 2026 at 3:04 PM v5.5

▶ 7

[Verse 1]
Tu falda gira en mi dirección
Y se me olvida la razón
Piso la pista, pierdo el control
Cuando tú miras, sube el calor

Tu mano cerca de mi cintura
Y el mundo entero se hace una curva
Yo te lo digo, ven sin miedo
Que esta noche rompe el hielo

[Pre-Chorus]
Siente la calle bajo los pies
Uno, dos, tres, otra vez
No te me vayas, quédate aquí
Que cuando tú bailas, yo nací

[Chorus]
Baila sin miedo
Baila sin miedo

Write a comment

No comments yet!

Similar [redacted]



Mi Niña Mimada
Romantic live salsa,...
Javier Agust...
▶ 14



Mi Niña Mimada
Romantic live salsa,...
Javier Agust...
▶ 14



Baila Conmigo Est...
Salsa original JCGP, hi
IrresistibleSolo...
▶ 2



Fuego en el Alma
Salsa original JCG...
IrresistibleS...
▶ 3



Fuego en el Alma
Salsa original JCG...
IrresistibleS...
▶ 7



Después de la Lluv
Salsa original JCGP, hi

Remix

- Earn Credits
- Labs
- Notifications
- More

Upgrade to Premier

Baila Sin Miedo

0:00 3:06


suno.com/create
SUNO
[redacted]
Upgrade to Premier
Home
Explore
Create
Simple
Advanced
Sounds
v5.5
+ Audio
+ Voice
New
+ Inspo
Song Description
Héctor Lavoe
+ Lyrics
Instrumental
Workspaces
My Workspace
Search
Filters (3)
Newest
Liked
Public
Uploads
1
Baila Sin Miedo
v5.5
Salsa with live congas, tumbao piano, brass punches, and a percussive 2-3 feel; verse rides tight bass and claves, pre-cho...
Baila Sin Miedo
v5.5
Salsa with live congas, tumbao piano, brass punches, and a percussive 2-3 feel; verse rides tight bass and claves, pre-cho...