# EXHIBIT 38

Hector Lavoe by [redacted] Suno

https://suno.com/song/52380b68-679c-46f6-90c5-001f636829a1?sh=nXGooZjhhP0ozsp2

Duo Central | iManage | WL

SUNO

- Home
- Explore
- Create
- Studio
- **Library**
- Hooks
- [redacted]




# Hector Lavoe

[redacted]

Salsa dura with driving congas, brass punches, and a tight bass tumbao; verse rides a busy clave and walking piano montuno, pre-chorus lifts with horn stabs and handclap chants, chorus opens with full trombones and crowd shouts, Lead vocal stays gritty and close-mic in verses with stacked call-and-response on the hook, plus short delay throws on the name, Rim clicks, güiro fizz, and a reverse horn swell lead into each chorus, Bright, sweaty, live-room mix with punchy drums and bold brass

– Show Summary

Add a Caption

August 14, 2026 at 2:18 PM v5

▶ 4

[Verse 1]
En la esquina suena el cuero
y tu nombre cae primero
Hector Lavoe, qué manera
de prender toda la acera

La botella suda en la mesa
pero tu voz nunca me deja
cuando el barrio se hace gris
tú le metes luz aquí

[Pre-Chorus]
Sube el coro
rompe el mal
que el pecho baile
sin mirar atrás

[Chorus]
Hector Lavoe, Héctor Lavoe
déjalo ir, déjalo ir

Write a comment

No comments yet!

Similar | [redacted]



**Unstoppable Conni**
salsa dura, montuno pi
UnrealState
▶ 32



**Bajo Tu Ventana**
Salsa /salsa dura
JMonty
▶ 14



**Eyka maria**
Salsa dura-/Salsa ...
Peterj07ruiz
▶ 20



**Eyka maria**
Salsa dura-/Salsa ...
Peterj07ruiz
▶ 16



**Quédate Conmigo**
salsa dura, nuyorica...
AI Salsa To D...
▶ 32



**Sen Benim Kalbims**
genre salsa salsa dura

Remix

- Earn Credits
- Labs
- Notifications
- More

Upgrade to Premier

Hector Lavoe

0:00 3:23

SUNO

- Home
- Explore
- Create
- Studio
- Library
- Hooks

Simple | Advanced | Sounds | v5.5

+ Audio | + Voice | + Inspo

Song Description

HectorLavoe

+ Lyrics | Instrumental

Workspaces > My Workspace

Search | Filters (3) | Newest | List | Liked | Public | Uploads | 1

Today



Hector Lavoe v5

Salsa dura with driving congas, brass punches, and a tight bass tumbao; verse rides a busy clave and walking piano montuno, pre-chorus lifts with horn stabs and ha



Hector Lavoe v5

Salsa dura with driving congas, brass punches, and a tight bass tumbao; verse rides a busy clave and walking piano montuno, pre-chorus lifts with horn stabs and ha...