# EXHIBIT 39

## Create a Voice Beta

×

### Add your voice to the mix.

Record or upload a sample and we'll use this content to influence how your generated songs sound.

Drag an audio file here.

Record | Upload Audio | Select from library

I understand that the creation of a Voice involves the processing of voice-related data that may be considered biometric information under certain laws, and I consent to the collection and processing of such information in accordance with the Suno Terms of Service and Privacy Policy.

**Sing in the style and language you want**
Pop, Rock, Rap or whatever you like.

**A good microphone helps**
Your built-in mic works just fine, too.

**Pick a quiet spot**
No roommates, no traffic, no barking dogs.

**Record at least 10 seconds**
Record or upload a recording of at least 10 seconds of your voice.