# EXHIBIT 40




**Longest-running game show.**
**2012 A.D.**