# EXHIBIT 41

Hammer Time [redacted] Suno

https://suno.com/song/11bff18b-e6ba-4e5c-a80a-01831f0e4da6?sh=76V2BUwYra1nxSU4

Duo Central | iManage | WL

SUNO

- Home
- Explore
- Create
- Studio
- Library
- Hooks
- [redacted]



Edit

# Hammer Time

[redacted]

Hip-hop party anthem with boom-bap swing and electro-funk bounce; verse rides snapped kicks, handclaps, and a playful bassline, pre-chorus strips to drum hits and shouty chant pickups, chorus punches with stacked gang vocals and a bright synth stab, Lead vocal is charismatic and rhythmic with doubled hook lines, ad-lib echoes, and short delay throws; risers and reverse cymbals tee up each drop, Crisp, glossy mix with heavy low-end and sharp top-end sparkle

– Show Summary

Add a Caption

August 19, 2026 at 2:21 AM v5.5

▶ 1

[Verse 1]
Fresh white shoes on the tile
Step in, make the whole room wild
Pocket full of yes, not maybe
I came to move, so save me

Roll up clean with the gold chain
Big smile, same old game
You look stuck, I look ready
Two-step smooth, nice and steady

[Pre-Chorus]
Hands up high
Feel that swing
One more shout
Let it ring

[Chorus]
Hammer time, hammer time
Say it loud, hammer time

Write a comment

No comments yet!

Similar [redacted]



Lights Out
Upbeat 2013–2014...
Eliran Karac...
▶ 1



Say My Name
party anthem hip h...
Viral Minority
▶ 62



GB Pretty Lies(그럴.
Original Gangster Hip-
Aiden_에이든
▶ 232



FRESH COUPON ..
Original old-school hip
MR.J/FRESH C
▶ 6



Mein Kopf sagt! - A.
Oldschool boom bap r
Arne Klang
▶ 10



Mojito Sunset
Suno Prompt — "M...

Remix

- Earn Credits
- Labs
- Notifications
- More

Upgrade to Premier

Hammer Time

0:00 2:41

https://suno.com/create?wid=default

SUNO

- Home
- Explore
- Create
- Studio
- Library
- Hooks

Simple | Advanced | Sounds | v5.5

+ Audio | + Voice | + Inspo

Song Description

MCHammer

+ Lyrics | Instrumental

Workspaces > My Workspace

Search | Filters (3) | Newest | List | Liked | Public | Uploads | 1

Today



Hammer Time v5.5

Hip-hop party anthem with boom-bap swing and electro-funk bounce; verse rides snapped kicks, handclaps, and a playful bassline, pre-chorus strips to drum hits a...



Hammer Time v5.5

Hip-hop party anthem with boom-bap swing and electro-funk bounce; verse rides snapped kicks, handclaps, and a playful bassline, pre-chorus strips to drum hits a...