**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

JASON ISBELL, DAVID LOWERY, GUY FORSYTH, and EDUARDO CALLE, *individually and on behalf of all others similarly situated*,

Plaintiffs,

v.

SUNO, INC., and UNKNOWN DEFENDANTS,

Defendants.

Civil Action No. 1:26-cv-14005-AK

**JOINT STIPULATION REGARDING MOTION TO DISMISS BRIEFING SCHEDULE AND PAGE LIMITS**

Plaintiffs Jason Isbell, David Lowery, Guy Forsyth, and Eduardo Calle (collectively, "Plaintiffs") and Defendant Suno, Inc. (together with "Plaintiffs," the "Parties") respectfully request that the Court enter an order setting the stipulated schedule and page limits for briefing on Suno's forthcoming motion to dismiss the complaint, as detailed below. In support of this request, the Parties state as follows:

1. Plaintiffs filed their complaint on August 31, 2026. Dkt. 1. The complaint is 84 pages long, asserts 17 causes of action under the laws of 15 states, and is brought on behalf of nineteen putative classes and subclasses of plaintiffs. *See id.* ¶¶ 100, 113-181.

2. Suno's deadline to respond to the complaint is November 3, 2026. Dkt. 14.

3. Suno intends to move to dismiss Plaintiffs' complaint. Plaintiffs oppose that motion.

4. Pursuant to Local Rule 7.1(b)(4) and this Court's Standing Order Rule A.2 and B.3, the memoranda of law in support of and in opposition to Suno's forthcoming motion to dismiss must not exceed 20 pages, and Suno's reply must not exceed 10 pages.

5. Pursuant to Local Rule 7.1(b)(2) and this Court's Standing Order Rule B.2 and B.3, Plaintiffs' opposition to Suno's motion to dismiss will be due within 14 days of service of the motion, and Suno's reply in support of its motion to dismiss will be due within 7 days of service of Plaintiffs' opposition.

6. The Parties agree that additional pages and time are necessary to adequately address the legal arguments at issue in Suno's forthcoming motion to dismiss, given the number and complexity of the issues and allegations presented in Plaintiffs' complaint.

7. The Parties have agreed to the following stipulated briefing schedule and page limits:

| Brief | Deadline | Page Limit |
|---|---|---|
| Suno's Motion to Dismiss | November 3, 2026 | 35 |
| Plaintiffs' Opposition | December 1, 2026 | 35 |
| Suno's Reply | December 15, 2026 | 15 |

8. The Parties' proposed page limits grant 15 additional pages for the motion and opposition, and 5 additional pages for the reply.

9. The Parties' proposed deadlines grant 14 additional days for the opposition and 7 additional days for the reply.

10. The additional pages will grant the Parties adequate space to effectively explain and present the issues to the Court, which the Parties believe will ultimately aid the Court's review and allow for more efficient decision-making.

11. The additional time will similarly aid the Court's review of these issues by affording the Parties adequate time to review and respond to the arguments presented in the preceding briefing, while also accounting for competing commitments and the intervening Thanksgiving holiday.

WHEREFORE, the Parties respectfully request that the Court enter an order setting the schedule and page limits for briefing on Suno's motion to dismiss set forth above.

**SO STIPULATED AND AGREED.**

Dated: October 27, 2026

*/s/ Audrey L. C. Austin*

George A. Zelcs (*pro hac vice*)
gzelcs@koreintillery.com
Marc Wallenstein (*pro hac vice*)
mwallenstein@koreintillery.com
Audrey L. C. Austin (*pro hac vice*)
aaustin@koreintillery.com
Lucy Prather (*pro hac vice*)
lprather@koreintillery.com
**KOREIN TILLERY LLC**
205 North Michigan, Suite 1950
Chicago, IL 60601
Tel.: (312) 641-9750 / Fax: (312) 641-9751

Alan D. Rose (BBO #: 427280)
adr@rose-law.net
**ROSE LAW PARTNERS LLP**
185 Dartmouth Street, Suite 602
Boston, Massachusetts 02116
Tel.: (617) 536-0040 / Fax (617) 536-4400

*Attorneys for Plaintiffs.*

Respectfully submitted,

*/s/ Shlomo Fellig*

Andrew M. Gass (*pro hac vice* pending)
Joseph R. Wetzel (*pro hac vice* pending)
Brittany N. Lovejoy (*pro hac vice* pending)
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
andrew.gass@lw.com
joe.wetzel@lw.com
britt.lovejoy@lw.com

Shlomo Fellig (BBO # 699643)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116-5009
Telephone: (617) 948-6000
Facsimile: (617) 948-6001
shlomo.fellig@lw.com

*Counsel for Defendant Suno, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ______________________

______________________________
Hon. Angel Kelley
United States District Judge

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

I certify pursuant to Local Rule 7.1(a)(2) that counsel for Suno and counsel for Plaintiffs have conferred and have jointly stipulated to the relief requested above.

*/s/ Shlomo Fellig*
Shlomo Fellig

**CERTIFICATE OF SERVICE**

I hereby certify that this document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

*/s/ Shlomo Fellig*
Shlomo Fellig