**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JASON ISBELL, DAVID LOWERY, GUY FORSYTH, and EDUARDO CALLE, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>SUNO, INC., and UNKNOWN DEFENDANTS,<br><br>Defendants. | Civil Action No. 1:26-cv-14005-AK |

**DEFENDANT SUNO, INC.'S MOTION TO DISMISS**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Suno, Inc. respectfully moves this Court for an order dismissing Plaintiffs Jason Isbell, David Lowery, Guy Forsyth, and Eduardo Calle's (collectively, "Plaintiffs") Complaint (Doc No. 1) in the above-captioned action. As grounds for this motion, Suno states as follows:

First, Plaintiffs' right of publicity claims should be dismissed because they fail to plausibly allege necessary elements of those claims and therefore fail to state a claim on which relief can be granted.

Second, Plaintiffs' right of publicity claims should be dismissed because they are preempted by the Copyright Act.

Third, Plaintiffs' claims should be dismissed to the extent they are brought solely on behalf of absent putative class members, because Plaintiffs lack standing to represent any class for such claims.

The basis for this motion is set forth fully in the accompanying Memorandum in Support, filed herewith.

WHEREFORE, Suno respectfully requests that the Court grant Suno's motion.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), Suno respectfully requests to be heard at oral argument on this motion.

Dated: November 3, 2026

Respectfully submitted,

*/s/ Andrew M. Gass*

Andrew M. Gass (*pro hac vice*)
Brittany N. Lovejoy (*pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
andrew.gass@lw.com
britt.lovejoy@lw.com

Sarang V. Damle (*pro hac vice* pending)
Brent T.F. Murphy (*pro hac vice* pending)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
sy.damle@lw.com
brent.murphy@lw.com

Shlomo Fellig (BBO# 699643)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116-5009
Telephone: (617) 948-6000
Facsimile: (617) 948-6001
shlomo.fellig@lw.com

*Attorneys for Defendant Suno, Inc.*

**LOCAL RULE 7.1(a)(2) CERTIFICATE**

I certify pursuant to Local Rule 7.1(a)(2) that counsel for Suno and counsel for Plaintiffs have conferred in a good faith effort to resolve or narrow the issues raised in this motion. Plaintiffs oppose this motion.

*/s/ Andrew M. Gass*
Andrew M. Gass

**CERTIFICATE OF SERVICE**

I hereby certify that this document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

*/s/ Andrew M. Gass*
Andrew M. Gass